IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LOCKWOOD,<br><br>　　　　Plaintiff<br><br>　v.<br><br>PACIFIC USA, LTD., PACIFIC CYCLE, LLC<br>and TOYS "R" US – DELAWARE, INC.<br><br>　　　　Defendants. | Civil Action No.<br><br>WMN-02-CV-2068 |

### ORDER

This matter having come before the Court on the Motion of the Defendants, Pacific Cycle, LLC and Toys "R" Us- Delaware, Inc. to extend the time for Defendants' expert witness disclosure, for good cause shown and without opposition, IT IS HEREBY

ORDERED that the time for Defendants' expert witness disclosure be extended to October 30, 2002.

Date: 9/18/02

　　　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

BA2DOCS/#196471