

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

William Lockwood                              *
_____
        Plaintiff(s)                        *
                                Case No.: __WMN -02-CV-2068__
      vs.                                         *

Pacific Cycle, LLC, et al.             *
_____
       Defendant(s)
                             ******

### MOTION FOR ADMISSION *PRO HAC VICE*

    I, __Bruce R. Parker_____, am a member in good standing of the bar of this Court. My bar number is ____00028_____. I am moving the admission of __David Rammelt_____ to appear *pro hac vice* in this case as counsel for __Pacific Cycle, LLC_____.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Illinois | November 8, 1990 |
| Supreme Court of Wisconsin | March 30, 1999 |
| United States District Court for the Northern District of Illinois | December 20, 1990 |
| | |
| | |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                               Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___Michele R. Kendus___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Bruce R. Parker | David Rammelt |
| Printed Name | Printed Name |
| Venable, Baetjer and Howard, LLP | Kelley, Drye & Warren |
| Firm | Firm |
| 1800 Mercantile Bank & Trust Bldg. 2 Hopkins Plaza Baltimore, Maryland 21201-2978 | 333 West Wacker Drive, Suite 810 Chicago, Illinois 60606 |
| Address | Address |
| 410-244-7400 | 312-857-7077   Prid 293195 |
| Telephone Number | Telephone Number   Plid 11796 |
| 410-244-7742 | 312-857-7095 |
| Fax Number | Fax Number |

********************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

___10-22-02___         Felicia C. Cannon
Date                  **Clerk, United States District Court**