IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

William Lockwood                          *

**Plaintiff(s)**                          *

                                              Case No.: __WMN-02-CV-2068__

vs.                                       *

Pacific Cycle, LLC, et al.                *

**Defendant(s)**
                                    ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Bruce R. Parker__, am a member in good standing of the bar of this Court. My bar number is __00028__. I am moving the admission of __Kenn Brotman__ to appear *pro hac vice* in this case as counsel for __Pacific Cycle, LLC__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Illinois | December 3, 1996 |
| Supreme Court of Florida | September 29, 1995 |
| United States District Court for the Northern District of Illinois | December 18, 1996 |
| United States District Court for the Southern District of Florida | January of 1996 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                    Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____Michele R. Kendus_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| [signature] | [signature] |
| Signature | Signature |
| Bruce R. Parker | Kenn Brotman |
| Printed Name | Printed Name |
| Venable, Baetjer and Howard, LLP | Kelley, Drye & Warren |
| Firm | Firm |
| 1800 Mercantile Bank & Trust Bldg. 2 Hopkins Plaza ~~Baltimore, Maryland 21201~~-2978 | 333 West Wacker Drive Chicago, Illinois 60606 |
| Address | Address |
| 410-244-7400 | 312-857-7076 |
| Telephone Number | Telephone Number |
| 410-244-7742 | 312-857-7095 |
| Fax Number | Fax Number |

**************************************************************************

## ORDER

☒ GRANTED        ☐ DENIED

_10-22-02_                                    Felicia C. Cannon
Date

Clerk, United States District Court
by [signature]