**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

November 14, 2002

Daniel J. Moore, Esq.
Moore & Jackson
305 Washington Ave., Ste. 401
Towson, MD 21204

Bruce R. Parker, Esq.
Michele R. Kendus, Esq.
Venable, Baetjer & Howard
Two Hopkins Plaza, Ste. 1800
Baltimore, MD 21201-2978

    Re:    Lockwood v. Pacific USA, LTD., et al.
             Civil Action No. WMN-02-2068

Dear Counsel:

Thank you for your recent status report in the captioned case.

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Thursday, November 21, 2002 at 9:30 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M. Nickerson
Senior United States District Judge

WMN:ce

cc:    Court File