# SALSBURY CLEMENTS BEKMAN MARDER & ADKINS, L.L.C.

300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633 · *fax* (410) 625-9554

STUART M. SALSBURY*
PAUL D. BEKMAN
DANIEL M. CLEMENTS*
LAURENCE A. MARDER
E. DALE ADKINS, III
WENDY L. SHIFF

* ALSO ADMITTED IN D.C.

MICHAEL P. SMITH
JULIA A. LODOWSKI
JASON C. BUCKEL

MAX R. ISRAELSON
(1915-2000)

December 13, 2002

**BY HAND DELIVERY**

The Honorable William M. Nickerson
**United States District Court for
the District of Maryland**
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

> Re:    **William Lockwood v. Pacific USA, et al
> Civil Action No. WMN-02-2068**

Dear Judge Nickerson:

The discovery in this case has led counsel for all parties to the belief that the resolution of this case without the need for a trial is reasonably likely, but only if the manufacturer of the bicycle fork in this case, SR Suntour, is brought into the case.

Counsel for the Defendant Pacific Cycle, LLC, the manufacturer, will on Monday, December 16, 2002, be filing a motion for leave to file a third party complaint against SR Suntour. The Plaintiff will not be opposing the motion. If the motion is approved, Pacific Cycle will promptly file the third party complaint and will effectuate service on SR Suntour within one week of filing.

As a result of this new development, the parties request that the Court approve the following:

(A)    The deadline for filing dispositive motions be extended until February 14, 2003;

(B)    The deadline for deposing fact witnesses be extended until January 31, 2003.

(C)    The deadline for Defendants to file their Rule 26(a)(2) reports be extended until

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 16  A 11: 18

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

RECEIVED
DEC 13 2002
SENIOR JUDGE WILLIAM M. NICKERSON

" APPROVED " THIS 13th DAY
OF December , 2002
SENIOR UNITED STATES ___ JUDGE

The Honorable William M. Nickerson
December 13, 2002
Page 2


January 30, 2003

(D)     The case be referred for ADR after February 14, 2003.

In addition, the Plaintiff will withdrawal his Motion to Strike the Defendants' Rule 26(a)(2) Expert Witness Disclosures, and will drop his opposition to the Defendants' Defendants' Motion To Enlarge the Time to Engage in Discovery and to Produce Expert Reports.

At this time the parties do not believe that allowing the Third Party Complaint or extending the subject deadlines will jeopardize the trial date of May 11, 2003, and they will work closely with SR Suntour to insure that the trial date will hold.


Very truly yours,

Michael P. Smith

MPS/mps

cc: Michele R. Kendus, Esquire  (by fax)
cc: Daniel J. Moore, Esquire (by fax)