IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM LOCKWOOD, | * | |
| Plaintiff | * | |
| v. | * | |
| PACIFIC CYCLE, LLC and TOYS "R" US-DELAWARE, INC. | * | |
| | * | |
| Third-Party Plaintiffs | * | Civil Action No.: WMN-02-CV-2068 |
| v. | * | |
| SR SUNTOUR, INC. and SR SUNTOUR, USA | * | |
| | * | |
| Third-Party Defendants | * | |
| * * * * * * | * * * * * | |

### ORDER

Upon consideration of the Partial Consent Motion to Modify Schedule as it Relates Only to Third-Party Defendants SR Suntour, Inc. and SR Suntour, USA, and any opposition thereto, it is this 11th day of February, 2003,

ORDERED that the Motion be, and hereby is, GRANTED; it is further

ORDERED that December 13, 2002 schedule be, and hereby is, modified as follows <u>as it relates only to Third-Party Defendants SR Suntour, Inc.and SR Suntour, USA</u>:

#330130

| Deadline | Previous Schedule | New Schedule |
|---|---|---|
| Rule 26(a)(2) disclosures/reports | 1/30/03 | 4/15/03 |
| Close of discovery | 1/31/03 | 4/20/03 |
| File dispositive motions | 2/14/03 | 4/30/03 |

IT IS SO ORDERED

Date: 2/11/03

William H. Nickerson, Judge

cc:  Edward J. Lopata, Esquire
Scott A. Thomas, Esquire
Tydings & Rosenberg LLP
100 E. Pratt Street
Baltimore, MD 21202

Paul D. Bekman, Esquire
Michael Patrick Smith, Esquire
Israelson, Salsbury, Clements & Bekman, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Bruce R. Parker, Esquire
Michele R. Kendus, Esquire
Venable, Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

#306415                           2