**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LOCKWOOD,** | * | |
|    **Plaintiff** | * | |
| v. | * | |
| **PACIFIC CYCLE, LLC and TOYS "R" US-DELAWARE, INC.** | * | |
| | * | |
|    **Third-Party Plaintiffs** | * | **Civil Action No.: WMN-02-CV-2068** |
| v. | * | |
| **SR SUNTOUR, INC. and SR SUNTOUR, USA** | * | |
| | * | |
|    **Third-Party Defendants** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2003, a copy of the aforegoing Interrogatories from Third-Party Defendants, SR Suntour, Inc. to Plaintiff was electronically filed to:

>Paul D. Bekman, Esquire
>Michael Patrick Smith, Esquire
>Israelson, Salsbury, Clements & Bekman, LLC
>300 W. Pratt Street, Suite 450
>Baltimore, Maryland 21201
>
>*Attorneys for Plaintiff*

       Bruce R. Parker, Esquire
       Michele R. Kendus, Esquire
       Venable, Baetjer and Howard LLP
       Two Hopkins Plaza, Suite 1800
       Baltimore, Maryland 21201

            *Attorney for Pacific Cycle, LLC and Pacific USA, Ltd.*

and a hard copy mailed via U.S. Postal Service to:

       Daniel J. Moore, Esquire
       Moore and Jackson, LLC
       305 Washington Avenue, Suite 401
       Towson, Maryland 21204

            *Attorney for Toys "R" Us-Delaware, Inc.*

       Kenn Brotman, Esquire
       David Rammelt, Esquire
       Kelley Drye and Warren
       333 W Wacker Drive, Suite 810
       Chicago, IL 60606

            *Attorney for Pacific Cycle, LLC*


                          /s/ Edward J. Lopata
                          Edward J. Lopata
                          Bar No. 02958
                          Tydings & Rosenberg LLP
                          100 E. Pratt Street, 26th Floor
                          Baltimore, Maryland 21202
                          (410) 752-9700

                          Attorneys for Third-Party Defendants,
                          SR Suntour, Inc. and SR Suntour, USA