IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM LOCKWOOD | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-02-2068 |
| PACIFIC USA, LTD., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2003, a copy of Interrogatories and Request for Production of Documents directed to Third Party Defendants, SR Suntour, Inc., and SR Suntour, USA and this Notice of Service was hand delivered to: Edward J. Lopata, Esquire Tydings & Rosenberg LLP, 100 E. Pratt Street, 26th Floor, Baltimore, Maryland 21202, Attorneys for Third-Party Defendants, SR Suntour, Inc. and SR Suntour, USA, and was mailed postage prepaid to: Michele R. Kendus, Esquire, Venable, Baetjer and Howard, LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201, Attorneys for Pacific Cycle, LLC and Pacific USA, Ltd.; Kenn Brotman, Esquire, Kelley Drye and Warren, 333 W. Wacker Driver, Suite 810, Chicago, IL 60606, Attorneys for Pacific Cycle, LLC

    Michael P. Smith
    PAUL D. BEKMAN
    MICHAEL P. SMITH
    SALSBURY, CLEMENTS, BEKMAN,
        MARDER & ADKINS, L.L.C.
    300 W. Pratt Street
    Suite 450
    Baltimore, Maryland 21201
    (410) 539-6633

    Attorneys for Plaintiffs