Jesse Wolcott

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3    WILLIAM LOCKWOOD            :

4          Plaintiff             :

5    vs.                         : Civil Action

6    PACIFIC USA, LTD.,          : No. WMN-02-CV-2068

7    et al.                      :

8          Defendants            : Pages 1-97

9                     ----------

10

11

12
              Deposition of JESSE WOLCOTT

13                Bel Air, Maryland

14          Tuesday, December 17, 2002

15

16

17

18   Reported by: Kathleen P. Thompson, Notary Public

19

20
                    ORIGINAL                    PLAINTIFF'S
21                                              EXHIBIT
                                                   H

Jesse Wolcott

1  neighborhood?

2  A.  No.  I went to skate parks in New

3  Jersey, Pennsylvania, Ocean City, Florida, all

4  kinds of places.

5  Q.  Did he ever go with you?

6  A.  Yes, but he would just kind of ride

7  around in the skate park.  He wouldn't attempt

8  anything big.  Like I said, riding up and down

9  the ramps, that's pretty much it.

10  Q.  Did he stop to watch you a lot?

11  A.  We'd pretty much do our own thing.

12  Q.  Okay.  How about with the bikes, what

13  did you see Bill do with the bikes as far as

14  tricks?

15  A.  Bill didn't really use his bike.  I

16  explained on the phone to you, I know, he had a

17  mountain bike and you can't really do anything

18  with it because it's so heavy.  And he had a

19  mountain bike with front shocks which makes it

20  even worse because those things weigh a ton.  So

21  the most he could do was do a little bunny hop

1  or do a wheelie or ride off of a curb. And not
2  even a big wheelie because you can't get the
3  bike up, it's too big.
4       Now, I had the trick bike and I was
5  doing all the crazy stuff while he was riding
6  along.
7       Q.   Did you only know Bill to ever have one
8  bike?
9       A.   As far as I can remember he had the
10 Pacific, which is only two years, but, I'm
11 almost positive he had the Pacific the whole
12 time.
13      Q.   You don't remember any bikes prior to
14 the Pacific?
15      A.   No.
16      Q.   Okay. What kind of tricks would you do
17 on your bike?
18      A.   Grinding, ramps, rails.
19      Q.   You rode on the rails?
20      A.   Yeah.
21      Q.   Wow.