1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2

3    WILLIAM LOCKWOOD,

4              Plaintiff          Civil Action No.

5    vs.                         WMN-02-CV-2068

6    PACIFIC USA, LTD., et al

7              Defendants

8    _____/

9              The deposition of ANITA VAN AMBER was held

10   on Thursday, January 16, 2003, commencing at 1:30

11   p.m., at the Law Offices of Venable, Baetjer & Howard,

12   Two Hopkins Plaza, Suite 1800, Baltimore, Maryland

13   21201-2978, before Susan A. Kambouris, Notary Public.

14

15   APPEARANCES:

16          JASON C. BUCKEL, ESQUIRE and
            MICHAEL P. SMITH, ESQUIRE
17             On behalf of the Plaintiff

18          MICHELE R. KENDUS, ESQUIRE
               On behalf of the Defendants

19

20

21   REPORTED BY:  Susan A. Kambouris

PLAINTIFF'S
EXHIBIT
tabbies
I

Anita Van Amber - 1/16/03

**2**

1              STIPULATIONS
2          It is stipulated and agreed by and between
3    counsel for the respective parties that the reading
4    and signing of this deposition by the witnesses be and
5    the same is hereby waived.
6          It is further stipulated and agreed that
7    the filing of this deposition with the Clerk of Court
8    be and the same is hereby waived.
9          - - - - - - - -
10   Whereupon:
11            ANITA VAN AMBER,
12   was called on for examination by counsel, and after
13   being duly sworn according to law, was examined and
14   testified as follows:
15          EXAMINATION BY MR. BUCKEL:
16   Q    Good afternoon.
17   A    Hi.
18   Q    Could you please state your full name for
19   the record?
20   A    It is Anita Van Amber.
21   Q    Van Amber?

**3**

1    A    Yes.
2    Q    I had you down as Van Amben. Van Amber is
3    much better. Miss Van Amber, do you work for Pacific
4    Cycles?
5    A    Yes.
6    Q    When I say Pacific Cycles, is that the
7    same company as Pacific USA, Ltd.?
8    A    Yes.
9    Q    When I refer to Pacific Cycles throughout,
10   that is who I am going to be talking about, if it is a
11   related entity to Pacific USA, just so we are clear we
12   are talking about the same company.
13   A    Okay.
14   Q    Do you understand you have been designated
15   by Pacific Cycles to testify today regarding certain
16   matters related to a lawsuit in which William Lockwood
17   has sued Pacific Cycles and other entities alleging
18   that there is a specific Pacific Cycles bicycle that
19   injured him?
20   A    Yes.
21   Q    Have you ever been deposed before?

**4**

1    A    Yes.
2    Q    How many times have you been deposed?
3    A    Three.
4    Q    In what capacity were you deposed in those
5    prior instances? Meaning, I don't want you to have to
6    tell me if you were deposed in a private lawsuit or
7    something like that. Were you deposed as a Corporate
8    Designee or as employee on behalf of Pacific Cycles?
9    A    As an employee on behalf of Pacific
10   Cycles.
11   Q    Can you tell me the names of the cases in
12   which you were previously deposed?
13   A    I don't recall.
14   Q    Can you tell me when these three prior
15   occurrences were when you were previously deposed on
16   behalf of Pacific Cycles?
17   A    One was, approximately, four years ago,
18   and one was, approximately -- or two were,
19   approximately, three years ago.
20   Q    Do you remember the jurisdictions in which
21   those lawsuits were pending in which you were deposed?

**5**

1    A    One was in New Jersey; one was in Queens.
2    I don't recall where the third one was.
3    Q    You don't remember the names of the
4    Plaintiffs at all?
5    A    No.
6    Q    Did any or all of those prior lawsuits on
7    which you were deposed on behalf of Pacific Cycles
8    involve an allegation that a Pacific Cycles bicycle
9    was somehow defectively designed or defectively
10   manufactured?
11   A    Yes.
12       MS. KENDUS: I will just object to Miss
13   Van Amber's knowledge of the legal terminologies.
14       MR. BUCKEL: To the extent she understands
15   my question, which I assume from her answer that she
16   did --
17   Q    I ask any or all. Is it that all three of
18   the prior cases involved allegations something was
19   wrong with the Pacific bicycle or was it only one or
20   two of them?
21   A    All three.

2 (Pages 2 to 5)

Anita Van Amber - 1/16/03

18

1    mechanism of failure that was alleged in those claims
2    vis-a-vis the Pacific Strike Bicycle?
3        A    I know that they did not involve a fork.
4        MS. KENDUS: I will say, if you want to
5    refresh her memory with the documents, we have those.
6        MR. BUCKEL: Sure. That is fine. We may
7    take a break, go through them, and walk through those
8    at a certain point in time. Thank you.
9        Q    Do you know what has become of those three
10   claims in the sense of whether or not they have
11   manifested themselves in a lawsuit, or been resolved
12   by the company, or simply gone away, or whatever has
13   happened to them?
14       A    I believe all three have been resolved.
15       Q    When you say resolved, what do you mean?
16       A    I would have to refer to the paperwork to
17   see how they were resolved.
18       Q    Let's start with the beginning. How many
19   types, or makes, or models of bicycle does Pacific
20   make?
21       MS. KENDUS: I will object just to the use

19

1    of the term, "Make," if that is an accurate
2    description of what Pacific does.
3        Q    Okay. Did you understand my question?
4        A    No.
5        Q    I will ask you another question. Does
6    Pacific Cycles make bicycles?
7        A    Define make.
8        Q    Okay. What, exactly, does -- let me ask
9    it a different way. What, exactly, does Pacific
10   Cycles do with respect to bicycles that you can go out
11   and buy in a store, that are labeled or somehow
12   identified as Pacific Cycles?
13       A    Could you be more specific?
14       Q    Sure. I mean, I can say manufacture, as
15   opposed to make. To me, it is the same word.
16       A    Okay.
17       Q    Does Pacific Cycles manufacture bicycles?
18       A    No.
19       Q    If I go to the store tonight and I want to
20   buy my daughter a bike, and I go up on the rack, and
21   it is called a Pacific Cycles Strike Mountain Bike,

20

1    how did that bike get assembled and/or manufactured,
2    and what role did Pacific Cycles have in that process?
3        MS. KENDUS: I will object because you are
4    not asking the question specific to a particular bike.
5        MR. BUCKEL: I did. I asked specific to
6    the Pacific Strike Mountain Bike.
7        MS. KENDUS: Okay. I didn't hear that.
8        MR. BUCKEL: I can ask generally if we
9    don't go through. I am not trying to be cute or
10   difficult about it.
11       Q    What, exactly, does Pacific Cycles do?
12   There are bicycles that are purchased that are called
13   Pacific Cycles. I gather from your Answers to
14   Interrogatories and the answers right now your
15   company's contention is you don't make those bicycles.
16   I am trying to figure out who does and what you guys
17   do with respect to that particular bike?
18       A    Sure. We do not manufacture the bicycles.
19   Basically, we would work with -- in this particular
20   case, a department store buyer who would, perhaps,
21   request a certain bicycle, a boy's basic, for example,

21

1    in a certain color, with certain decals, and, perhaps,
2    a certain price. We would take that information and
3    put a specification sheet together listing the various
4    components of the bicycle that would be faxed to
5    the -- or a factory in China. They would build a
6    sample bicycle, perhaps request to use a different
7    component that was listed on the Specification Sheet,
8    send us a sample. We would show that to the Buyer.
9    If he or she approves it, we would go into production
10   with the factory. We would place an order with the
11   factory and the factory would produce the bicycles.
12       Q    The particular -- the subject bicycle
13   today, this Pacific USA Strike Bicycle that Mr.
14   Lockwood or Mr. Lockwood's family bought, and he was
15   riding, and it fell apart and he got hurt, do you have
16   any idea where that was actually assembled or
17   manufactured?
18       A    It is my understanding it was at China
19   Bicycle Company.
20       Q    China Bicycle Company?
21       A    Correct.

6 (Pages 18 to 21)

Anita Van Amber - 1/16/03

14

1    MR. SMITH: It is in the document
2 production.
3    Q    Okay. So, the only thing you reviewed
4 document-wise in preparation for today's deposition
5 was three prior claims against the same make and model
6 of bicycle that is at issue today, correct?
7    A    Correct.
8    Q    I take it, then, that you didn't actually
9 review Plaintiff's Complaint or any of the actual
10 written discovery, including your company's Answers to
11 Interrogatories in this case?
12    A    No.
13    Q    Miss Van Amber, I take it you went to
14 college?
15    A    Yes.
16    Q    Where did you go to college?
17    A    University of Wisconsin, in Green Bay.
18    Q    Green Bay. Is that where the UW Men's
19 basketball coach came from now?
20    A    If you are referring to Dick Bennett --
21    Q    Yes.

15

1    A    -- he is no longer --
2    Q    That's right, they got a new guy. Bo Ryan
3 is there now, correct?
4    A    Correct.
5    Q    Did you do any post graduate work?
6    A    No.
7    Q    What is your college degree in in terms of
8 your major?
9    A    Communication.
10    Q    Do you have an Engineering Degree?
11    A    No.
12    Q    Do you have any training, personal
13 training as to the design and manufacture of
14 bicycles?
15    A    No.
16    Q    Have you ever been involved in the design
17 and manufacture of bicycles?
18    A    No.
19    Q    What year did you graduate from college?
20    A    19 -- I am going to say -- 83.
21    Q    That is close enough. Between 1983 --

16

1 and, from my calculations, it looks like you went to
2 work for Pacific Cycles in 1992?
3    A    I believe it was '93.
4    Q    Between 1983 and 1993, were you working?
5    A    Yes.
6    Q    Where did you work during those ten years?
7 You don't have to give me ad infinitum if you worked
8 at a photo gallery three months after college.
9    A    I worked for a radio station, and, then, I
10 worked for a museum.
11    Q    So, prior to coming to Pacific Cycles, is
12 it fair to say you had no experience or background in
13 the design and manufacture of bicycles, or, really,
14 the design and manufacture of any product?
15    A    That's correct.
16    Q    I asked you before when you first
17 personally became aware of the incident that has given
18 rise to this lawsuit, Mr. Lockwood's accident and
19 injuries. Now, I am going to ask you, do you have
20 knowledge on behalf of Pacific Cycles as to when
21 Pacific Cycles first became aware of the incident that

17

1 we are here about the today?
2    A    No.
3    Q    The three other claims involving the
4 Pacific Cycles Strike Mountain Bike -- saying Strike
5 Bike sounds kind of funny sometimes. I will call it
6 Strike Mountain Bike. Do you know what those three
7 claims were?
8    A    What do you mean by were?
9    Q    Okay. Do you know who made the claims?
10    A    No, I would have to review the paperwork.
11    Q    When they were made?
12    A    No.
13    Q    Do you know what the end result of those
14 three claims were?
15    A    No, I don't recall.
16    Q    When did you review these three claim
17 documents in preparation for today's deposition?
18    A    Two days ago.
19    Q    You can't remember what they were about?
20    A    No.
21    Q    Can you remember as to the failure mode or

5 (Pages 14 to 17)

Anita Van Amber - 1/16/03

54

1    Q    Gooze?
2    A    Gooze, G-o-o-z-e.
3    Q    I don't want to be accused of calling him
4  a derogatory name.  Can you think of anybody else?
5    A    Bob Hoffman.
6    Q    I am just going to let you know.  Anytime
7  you think of a name, just spit it out.
8    A    That is basically it.
9    Q    Are Rob and Bob still with the company
10  today?
11    A    Rob is; Bob is not.
12    Q    What does Rob do in terms of his job title
13  or job description with the company?
14    A    Today, he is Vice-President in charge of
15  Logistics.
16    Q    Logistics.  What did he do back in 1996,
17  to the best of your knowledge?
18    A    He was the Chief Financial Officer.
19    Q    Do you think Rob would have been doing any
20  testing, inspection, or examination of the bikes that
21  you mentioned came off the line?

55

1    A    I do not think he would have.
2    Q    I didn't think so, either.  What did Bob
3  Hoffman do back in 1996?
4    A    I do not recall what his official title
5  was.  It had something to do with service.
6    Q    As the Corporate Designee on behalf of
7  Pacific Bicycle, do you have any idea as to what
8  actual type of testing, or examination, or testing of
9  the Pacific Strike bicycles was done by Pacific before
10  it went out to Toys-R-Us Stores?
11    A    When we got the production samples, we
12  would review the bicycle at that time.
13    Q    When you say review the bicycle, what do
14  you mean?  I mean, literally, what do you do?  For me
15  to review a bicycle means I ride it around the hallway
16  one time and say, "It is a nice bicycle."  What does
17  Pacific Cycles do to review the bicycle?
18    A    Back in 1996, they probably would have
19  done the same thing, gotten on the bicycle and ridden
20  it around to make sure all of the of the components
21  were operating, and, also, other components were what

56

1  was specified.
2    Q    Do you have any idea of the extent that
3  they would have ridden the bikes in terms of number of
4  minutes, or numbers of hours, pressure, or forces
5  placed on the bike, anything like that?
6    A    No.
7    Q    Was there anyone with Pacific Cycles in
8  1996 whose job duties, as you understood them, was to
9  inspect or test bicycles?
10    A    No, not specifically.  I don't recall.
11    Q    Not specifically.  You mean you can't
12  think of anybody, or that wasn't their specific job,
13  or there is someone who you know did that?
14    A    I don't recall anybody having that
15  specific responsibility.
16    Q    Do you recall anybody actually doing that?
17    A    No, I don't recall it.
18    Q    How many different types or models of
19  bicycles does Pacific Cycles make?
20    A    Hundreds.
21    Q    A couple of hundred, 200, 300?

57

1    A    I don't know.
2    Q    Does Pacific Cycles design bicycles?
3      MS. KENDUS:  Objection.  Vague.
4    A    Define design.
5    Q    Do they determine how the bicycle is going
6  to be made in terms of its component parts being put
7  together and turned into one bike?
8    A    Today or back in 1996?
9    Q    I am going to ask today first.  Then, I am
10  going to ask you back then.
11    A    Repeat the question.
12    Q    Does Pacific Cycles design bicycles
13  subject to the definition we just talked about?
14    A    What was the definition again?
15    Q    It is difficult for me to define design.
16  I can get Webster's Dictionary and bring it in.
17      MS. KENDUS:  That is the problem, I think.
18  It is a vague term.
19    Q    I guess my question is this:  Someone has
20  to determine what the lengths of the components are,
21  what the components are going to be, how they are

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

Anita Van Amber - 1/16/03

58

1  going to be put together, what the various uses of the
2  bike are going to be, how it needs to be designed, how
3  it needs to be put together. Someone has to decide
4  that in order for the bike to be made, correct?
5      A    I don't know if I can agree with that
6  statement or not.
7      Q    I am having a very difficult time. I just
8  wanted to find out -- I have a very difficult time
9  figuring exactly what it is Pacific Cycles does. They
10  don't seem to make anything. They don't seem to
11  assemble anything. My question is: When I say
12  design, I mean, if I came to you and said, "I want to
13  build a bicycle," does Pacific Cycles say, here is how
14  we build the bicycle, we take Components A,B,C and D.
15  We use these parts, and the fabricator is going to put
16  them all together, and that is our bicycle. Is that
17  what they do?
18      MS. KENDUS: Objection. Asked and
19  answered.
20      MR. BUCKEL: I don't believe so. You can
21  answer, anyway.

59

1      MS. KENDUS: She provided the Spec Sheet.
2      MR. BUCKEL: Right. But she is not saying
3  the Spec Sheet is designing the bike.
4      MS. KENDUS: She told you that is what
5  they do, they put the Spec Sheet together.
6      Q    If I were to ask you, Miss Van Amber, who
7  designs Pacific Cycles' bicycles, what would you say?
8      A    Define design.
9      MR. BUCKEL: This isn't getting us
10  anywhere.
11      Q    Does anyone other than Pacific Cycles have
12  any input into the component parts, measurements,
13  specifications for a Pacific Cycles bike other than
14  Pacific Cycles?
15      A    When you say input, what do you mean?
16      Q    Input. Suggestions, make decisions.
17      A    The components makers might make
18  suggestions, the factory might make suggestions.
19      Q    Who has the final say as to what
20  components and what design specifications are going to
21  be used in the bike?

60

1      A    Pacific would have.
2      Q    Does Pacific Cycles have any people that
3  work for them whose job tittle or definition is
4  designing bicycles?
5      A    Back in 1996?
6      Q    And today?
7      A    Back in 1996, no, I don't believe so.
8  Today -- what was the question, designing?
9      Q    Yes. Is there someone at your company
10  whose job title, or definition, or description is bike
11  design?
12      A    It would fall under the terminology of
13  Product Development.
14      Q    Who is in charge of Product Development at
15  Pacific Cycles today?
16      A    Bob Toledo is our Executive Vice-President
17  in charge of Product Development.
18      Q    Where is Bob headquartered?
19      A    In Madison.
20      Q    He is with you in Madison?
21      A    Correct.

61

1      Q    Was Bob with the company in 1996?
2      A    No.
3      Q    In 1996, when the Strike Mountain Bike was
4  put together, who handled the Product Development
5  responsibilities for Pacific Cycles?
6      A    I don't want to guess. I don't want to
7  guess.
8      MS. KENDUS: If you don't know, it is
9  okay.
10      Q    In 1996, was Pacific Cycles a
11  publicly-owned company?
12      A    No.
13      Q    Who owned the company?
14      A    Chris Hornung.
15      Q    To your understanding, does he still own
16  the company?
17      A    He is still part owner.
18      Q    It is not publicly owned or traded in any
19  sense?
20      A    No.
21      Q    In 1996, did Chris own all of the of the

Anita Van Amber - 1/16/03

86

1   Bicycle -- the front wheel fell off.  Do you know
2   whether or not the allegations contained in that claim
3   related to any type of defect of the fork-tube
4   assembly?
5       A   No.
6       Q   No, you don't know, or no, it didn't
7   relate to the fork-tube assembly?
8       A   No, it didn't relate to a fork-tube
9   assembly.
10      Q   What was the problem -- for want of a
11  better term -- with that bike?  What was it that the
12  Plaintiffs or the perspective Plaintiff in the case
13  alleged was the problem?
14      A   It doesn't state anywhere in these
15  documents.
16      Q   That is why I asked.  I thought maybe
17  there is some code or number, something you could
18  glean, because I couldn't glean what the problem was.
19      A   I could guess, but I won't.
20      Q   Okay.  I think I may have asked this
21  before in a slightly different way.  Do you understand

87

1   what the allegations are, Plaintiff's allegations in
2   this lawsuit with respect to the Pacific Cycles?
3       A   No, I don't know what they are.
4       Q   You have no idea what the Plaintiff is
5   saying went wrong with this bike?
6       A   No.
7       Q   Do you have any idea how he was injured?
8       A   No.
9       Q   I am going to walk you through.  We are
10  going to have this marked as No. 4.
11      (Van Amber Deposition Exhibit No. 4 so
12  marked for identification.)
13      Q   I am going to show you what we have had
14  marked as Exhibit No. 4.  Take a quick look at it.
15  That is the Amended Notice of Deposition for today's
16  deposition, correct?
17      A   Correct.
18      Q   Have you ever seen that before today?
19      A   Yes.
20      Q   When was the first time that you saw that?
21      A   Tuesday, two days ago.

88

1       Q   Can you pass it back to me?
2       MR. BUCKEL:  If you can give her your copy
3   of Schedule A and Schedule B.
4       MS. KENDUS:  Oh, actually, I didn't
5   realize that is what you were asking, because I have
6   notes on mine.
7       MR. BUCKEL:  I should have brought extras.
8   Off the record.
9       (Recess taken -- 3:04 p.m.)
10      (After recess -- 3:08 p.m.)
11      Q   Miss Van Amber, we have gone through -- we
12  are about to go through what has been marked as
13  Exhibit No. 4, the Amended Notice of Deposition of the
14  Corporate Designee of Pacific Cycles, LLC, who, for
15  today's purposes, we have agreed is you.  We have all
16  agreed.  It has been marked as Exhibit No. 4.  I am
17  going to direct your attention to Schedule A of the
18  Amended Notice of Deposition.  Schedule A constitutes
19  the areas of inquiry that we have asked Pacific Cycles
20  to produce someone here today who can give us their
21  corporate knowledge about these areas, to the best of

89

1   their ability.  I am just going to quickly go through.
2   I may cover a little bit of ground we went through
3   before, but I want to make sure I am not missing
4   anything on these topics.  Okay?
5       A   Okay.
6       Q   If you look at Schedule A, No. 1, we have
7   asked for the Corporate Designee of Pacific Cycles,
8   LLC, who has knowledge regarding the manufacture and
9   design of the bicycle.  Do you have any other
10  knowledge regarding the manufacturing and design of
11  the subject bicycle involved in this case other than
12  what you have already told me today?
13      A   I don't know.
14      Q   You don't know whether you do?
15      A   Unless you ask me a specific question, I
16  wouldn't know how to answer that question.
17      Q   Well, I think to be fair, it is a fairly
18  simple question.  We have talked for a couple of hours
19  about what you know, about how this bike got made,
20  didn't get made, we had a little discussion about what
21  design means.  Other than what you have told me, do

23 (Pages 86 to 89)

Anita Van Amber - 1/16/03

114

1    Q    When you produced these Spec Sheets, you,
2    meaning Pacific Cycles --
3    A    I am sorry, at the top, the same number --
4    it is the Factory Product Code.
5    Q    Is that a number that Pacific Cycles has
6    that is their product code or is that a number from
7    the China Bicycle Company?
8    A    I don't know.
9    Q    Turning again to Schedule A of the Amended
10   Notice. You have already testified about the
11   documents produced. With respect to No. 11, which
12   requested Pacific Cycles to produce a Corporate
13   Deponent, Corporate Designee with knowledge of Pacific
14   Cycles' role or participation in the design,
15   manufacture. And selling of the bicycle, other than
16   what you have testified to me already today, do you
17   have any other information about the corporation's
18   role in these activities?
19   A    No, I don't believe so.
20   Q    Turn to No. 12. Are you aware of any
21   claim or defense made by Pacific Cycles that the

115

1    subject bicycle in this case was somehow misused or
2    altered from the time that it left Pacific Cycles'
3    control and the time that the accident occurred?
4    A    I am not aware.
5    Q    Do you have any knowledge or information
6    on behalf of Pacific Cycles that, in fact, this bike
7    was misused or altered in any way prior to the alleged
8    incident?
9    A    No, I do not have that information.
10   Q    Does anyone at Pacific Cycles have any
11   information as to product misuse or alteration of this
12   particular bicycle prior to the subject incident, to
13   the best of your knowledge?
14   A    I don't know.
15   Q    You have never reviewed Pacific Cycles
16   Answers to Interrogatories in this case, correct?
17   A    Correct.
18   Q    Does Pacific Cycles belong to any trade
19   group or trade associations with respect to the
20   manufacture or design of bicycles?
21   A    We belong to some organizations. I don't

116

1    know with what respect we belong to them. Today, we
2    do, yes.
3    Q    What would those organizations be?
4    A    I am not going to be able to give you the
5    exact wording of them.
6    Q    Okay. Would someone other than you or --
7    we may not have to have a person testify about this.
8    If we asked the question of you through your counsel,
9    you could provide the information of trade
10   associations or groups they belong to?
11   A    Today, yes.
12   Q    Does Pacific Cycles participate in a trade
13   organization called ANSI, A-N-S-I? If I knew what it
14   stood for, I could remember off the top of my head, I
15   could tell you.
16   A    I don't know.
17   Q    Do you know how Pacific decides what
18   warnings or instructions to make to end users with
19   respect to the use of their bicycles, do they follow a
20   code, or is it done in-house, or how does that come
21   about?

117

1    A    We have to follow the CPSC Standards.
2    Q    To your knowledge, do you provide any
3    additional warnings or instructions above and beyond
4    the CPSC Standards?
5    A    Today or in 1996?
6    Q    1996.
7    A    I don't know.
8    Q    If you take a look at 14 and 15, Items 14
9    and 15 on Schedule A, they ask Pacific Cycles to
10   produce a Corporate Designee who has corporate
11   knowledge regarding any contention that the Plaintiff,
12   William Lockwood, the kid who was hurt in this case --
13   and I will just summarize this rather than go through
14   the whole legal ease -- it is basically to ask you
15   whether or not you have any information that the kid
16   that was hurt in the case did something wrong to cause
17   or contribute to his own accident, or whether somebody
18   else did something wrong that caused or contributed to
19   his own accident? Do you understand that question?
20   A    Yes.
21       MS. KENDUS: I will object just to the

Anita Van Amber - 1/16/03

118

1  extent it calls for attorney-work product, and it is
2  fact specific to this case as opposed to something
3  that would be within the realm of corporate knowledge.
4      Q    Well, do you have any knowledge as to what
5  Mr. Lockwood did or didn't do with respect to this
6  bike?
7      A    No.
8      Q    Do you have any knowledge as to any facts
9  that tend to suggest that someone else other than
10  Pacific Cycles and Mr. Lockwood did someone wrong
11  which caused this failure in this bike?
12      MS. KENDUS:  Objection, but you can
13  answer.
14      A    No, I don't have any knowledge.
15      Q    Are you aware that in this case recently,
16  your company has filed what is called a Third Party --
17  you did a Third Party-Complaint against Suntour, the
18  manufacturer of the fork, claiming that, somehow,
19  Suntour was responsible for the defect, are you aware
20  of that?
21      A    I am aware that we tendered the case to

119

1  them.
2      Q    When you say tendered, did you ask them to
3  assume your defense of the case?
4      A    We asked them to defend and indemnify us.
5      Q    Is that pursuant to a written agreement or
6  contract between the parties?
7      A    I am not sure there is a written
8  agreement.
9      Q    Do you have any idea as to whether there
10  are any written agreements or contracts between
11  Pacific Cycles and Suntour with respect to the
12  manufacture or utilization of the fork in the Pacific
13  Cycles Strike Bicycle?
14      A    I am not aware of any agreements.
15      Q    How many other bikes, or brands, or models
16  of bikes did China Bicycle make or assemble for
17  Pacific?
18      A    China Bicycle Company made Pacific
19  Bicycles for us.
20      Q    Right.  They made the Strike Bicycle,
21  correct?

120

1      A    Right.
2      Q    Did they make other brands or models of
3  bikes other than the Pacific Strike Mountain Bike?
4      A    Yes.
5      Q    How many others?
6      A    I don't recall.
7      Q    Do you recall the names of any of the
8  other models of bicycles that CBC made for you?
9      A    No.
10      Q    Does the corporation have records with
11  respect to what makes or models of bicycles were
12  actually assembled or manufactured for Pacific by
13  China Bicycle Company?
14      A    I am not sure if we would still have those
15  records.
16      Q    Because you stopped using China Bicycle
17  Company?
18      A    That's correct.
19      Q    Are you aware of any other claims,
20  incidents, lawsuits made or brought to the attention
21  of Pacific Cycles that involved a bicycle manufactured

121

1  or assembled on your behalf by China Bicycle Company?
2      A    That was a really long question.
3      Q    Basically, we have talked about other
4  claims that involve Suntour, we have talked about
5  other claims that involve forks, we have talked about
6  other claims that involve this specific bike with this
7  specific Suntour fork.  Now, I want to talk about
8  other claims, cases, incidents, lawsuits that involved
9  bicycles that were assembled by the China Bicycle
10  Company?
11      A    I am sure there have been other claims,
12  yes.
13      Q    Do you have a specific recollection of any
14  of those other claims?
15      A    No.
16      Q    Do you have any idea of the number of how
17  many of those other claims involve bikes assembled or
18  manufactured by the China Bicycle Company?
19      A    No.
20      Q    Did you stop using the China Bicycle
21  Company because you had claims or lawsuits involving

31 (Pages 118 to 121)

126

1    Q    It was the Spinner Fork component used on
2    the Scorpio model bicycle?
3    A    It could have been, I don't recall.
4    Q    Are you familiar with an individual by the
5    name of David Mitchell?
6    A    Yes.
7    Q    What is your familiarity with
8    Mr. Mitchell?
9    A    Mr. Mitchell is a bicycle engineer and a
10   metallurgist.
11   Q    How did you come to be familiar with him?
12   A    I used Mr. Mitchell to investigate claims.
13   Q    You used Mr. Mitchell to investigate this
14   particular claim on behalf of Pacific Cycles?
15   A    I am not aware of Mr. Mitchell's
16   involvement with this claim.
17   Q    Because you are not -- that was when you
18   say you used him, was that in your job as a liability
19   person?
20   A    That's correct.
21   Q    You don't do that today?

127

1    A    No.
2    Q    Claims come in. You are not the person
3    responsible for that?
4    A    Right.
5    Q    It is Candi Heinzelman?
6    A    Candi handles the liability claims today.
7    MR. BUCKEL: I think that is about all I
8    have. I want to thank you for your time and flying
9    in. That is it.
10   MS. KENDUS: You have the option to either
11   read this transcript for any errors that you can
12   correct. You would make a list of things that you
13   thought were incorrect, send them to the court
14   reporter, and she will attach that list as corrections
15   to the transcript. You can waive your right to read
16   the transcript. If you don't want to take the time to
17   do it, I can tell you, I will be reading it, Ken will
18   be reading it. I was sitting here, I know what was
19   said. Usually, the court reporter is excellent at
20   getting everything down correctly.
21   THE WITNESS: I am sure she has years of

128

1    experience.
2    MS. KENDUS: It is up to you to waive. I
3    usually ask clients to waive.
4    THE WITNESS: Okay, I waive.
5    (Whereupon, at 3:55 p.m., the deposition
6    was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

129

1    State of Maryland
2    County of Baltimore, to wit:
3    I, Susan Kambouris, a Notary
4    Public of the State of Maryland, County of Baltimore,
5    do hereby certify that the within-named witness
6    personally appeared before me at the time and place
7    herein set out, and after having been duly sworn by
8    me, according to law, was examined by counsel.
9    I further certify that the examination was
10   recorded stenographically by me and this transcript is
11   a true record of the proceedings.
12   I further certify that I am not of
13   counsel to any of the parties, nor in any way
14   interested in the outcome of this action.
15   As witness my hand and notarial seal
16   this 11th day of February, 2003.
17   _____
18   SUSAN A. KAMBOURIS
     Notary Public
19
20   My Commission Expires:
21   May 1, 2005

33 (Pages 126 to 129)