IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LOCKWOOD,<br><br>Plaintiff<br><br>v.<br><br>PACIFIC USA, LTD., PACIFIC CYCLE, LLC and TOYS "R" US – DELAWARE, INC.<br><br>Defendants. | Civil Action No.<br><br>WMN-02-CV-2068 |

## MOTION TO STRIKE AND ENTRY OF APPEARANCE OF COUNSEL

Please strike the appearance of Daniel J. Moore and Moore and Jackson, LLC and enter the appearance of Bruce R. Parker, Michele R. Kendus and Venable, Baetjer and Howard, LLP on behalf of defendant, Toys "R" Us, in the referenced matter.

Respectfully Submitted,

_/s/ Michele Kendus_
Bruce R. Parker
Federal Bar # 00028
Michele R. Kendus
Federal Bar # 26586
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Attorney for Defendants Pacific Cycle, LLC

_/s/ Daniel Moore_
Daniel J. Moore
Federal Bar # 00111
Moore & Jackson, LLC
305 Washington Ave, Suite 401
Towson, Maryland 21204
(410) 583-5241

Attorney for Defendant Toys "R" Us – Delaware, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __17th__ day of April, 2003 a copy of the foregoing Motion to Strike and Entry of Appearance was sent via electronic filing as per notification to be received from the United States District Court for the District of Maryland Northern Division.

_____
Michele R. Kendus