# Andrew W. Blackwood, Ph. D.

**STRUCTURE PROBE** ®

Vice President, Technical

## Education:

B.Met.E
    Metallurgical Engineering Rensselaer Polytechnic Institute, Troy, NY (1963)

Ph.D.
    Materials Engineering Rensselaer Polytechnic Institute, Troy, NY (1970)

## Professional Societies:

1. The Minerals, Metals, and Materials Society
2. ASM International - The Materials Society
3. American Society for Testing and Materials
4. American Electroplaters and Surface Finishers Society
5. National Association of Corrosion Engineers
6. IMAPS-The International Microelectronics and Packaging Society
7. North American Die Casting Association
8. Society for the Advancement of Material and Process Engineering
9. Sigma Xi
10. Alpha Sigma Mu

## Professional Employment Experience:

| | |
|---|---|
| 1993 to Date | Structure Probe, Inc., West Chester, PA, Vice President, Technical, All Laboratory Operations and SPI Supplies |
| 1988 to 1993 | Structure Probe, Inc., Fairfield, CT, Metuchen, NJ, West Chester, PA, Director of Analytical Services |
| 1982 to 1987 | Senior Materials Engineer, Structure Probe, Inc. Fairfield, CT |
| 1980 to 1982 | Technical Director, Enthone, Inc. West Haven, CT |
| 1974 to 1979 | Superintendent, Metals Applications ASARCO Incorporated, South Plainfield, NJ |
| 1971 to 1973 | Section Head, Technical Sales Services American Smelting & Refining Co., South Plainfield, NJ |
| 1967 to 1971 | Research Metallurgist American Smelting & Refining Co., South Plainfield, NJ |

## Depositions and Trial Experience

**PLAINTIFF'S EXHIBIT 3**

http://www.blackwood...

Technical Publications

---

**ON-LINE** To Ask a Question or Make a Comment

**ON-LINE** To Place an Order or Request a Quote



Search SPI Navigator Index

---

Return to:

- Consulting Services Fee Structure
- Failure Analysis Services
- Independent Laboratory Services
- Structure Probe, Inc. Home Page

---

TUESDAY APRIL 15, 2003
© Copyright 1996, 1997, 1998, 1999, 2000. By Structure Probe, Inc.
Contacting Structure Probe, Inc.
All rights reserved.
All trademarks and trade names are the property of their respective owners.

Worldwide Distributors, Representatives, and Agents 

http://www.blackwood.cc/

Independent Laboratories Services - Failure Analysis

Page 1 of 1

# Andrew W. Blackwood, Ph. D.

**STRUCTURE PROBE** ®

**Vice President, Technical**

Technical publications

---

## Book Chapters (invited authorships)

Surface Analysis, Plastics Finishing and Decoration, Don Satas, Ed., Van Nostrand Reinhold Company Inc., New York, 1986.

Mounting and Storing TEM Specimens and Mounting and Storing SEM Specimens, Procedures in Electron Microscopy, A.W. Robards and A.J. Wilson, Eds., John Wiley & Sons, Ltd., Chichester, 1993.

## Technical, Scientific, and Trade Journals

Scanning Electron Microscopy for Hybrid Circuits, Hybrid Circuit Technology, February, 1986, pp. 15 to 18.

Applications of Electron Microscopy in Metal Finishing, Metal Finishing, 1987.

Key Principles of Metallurgical Failure Analysis, Medical Plastics and Biomaterials, Fall 1995.

Staying Alive: Another View, Microscopy Today, January/February 1996, p. 14.

Making Surface Replicas with Cellulose Acetate Sheets, Microscopy Today, September 1997, p.27.

---

Depositions and Trial Experience

---

Return to:

- Failure Analysis Services
- Independent Laboratory Services
- Structure Probe, Inc. Home Page

---

TUESDAY APRIL 15, 2003
© Copyright 1996, 1997, 1998, 1999. By Structure Probe, Inc.
Contacting Structure Probe, Inc.
All rights reserved.
All trademarks and trade names are the property of their respective owners.

Worldwide Distributors, Representatives, and Agents 

APR. -15' 03(TUE) 17:38    T & R LLP    Case 1:02-cv-02068-WMN   Document 61-4   Filed 05/15/2003   Page 4 of 8
TEL:410 752 9893    P. 009
Andrew W. Blackwood - Deposition and Trial Experience    Page 1 of 6

# Andrew W. Blackwood, Ph. D.

**STRUCTURE PROBE**®

**Vice President, Technical**

Deposition and Trial Experience (partial listing)

Since 1 January 1990

---

Deposition Testimony, 4 October 1991, Amarillo, TX
**Payton Machine & Supply, Inc. v. Coastal Chemical Co., Inc. and Gasket Packing, Inc.**
316th District Court, Hutchinson County, TX
Client: Gene Storrs, Esq., Smith, Jarrell & Associates, Amarillo, TX
Analytical methods for hydrogen damage of steel.

Deposition Testimony, 31 October 1991, Bridgeport, CT
**Michael McGhee v. Hobbico, Inc., et al.**
Superior Court, Judicial District of Fairfield at Bridgeport, CT
Docket Number: CV 89 0261840
Client: Michael Dowling, Esq., Holahan, Gumper & Dowling, Bridgeport, CT
Failure of fiber-reinforced composite model airplane propeller.

Deposition Testimony, 8 June 1992, Hartford, CT
**Jeneric/Pentron Incorporated v. Heraeus Kulzer, Inc.**
U.S. District Court, Connecticut
Client: Edward R. Scofield, Esq., Zeldes, Needle & Cooper, P.C., Bridgeport, CT
Microstructual characterization of dental composite materials.

Courtroom Testimony, 12 June 1992, New Haven, CT
**Jeneric/Pentron Incorporated v. Heraeus Kulzer, Inc.**
U.S. District Court, Connecticut
Client: Edward R. Scofield, Esq., Zeldes, Needle & Cooper, P.C., Bridgeport, CT
Microstructual characterization of dental composite materials.

Deposition Testimony, 14 July 1992, Portland, ME
**Maynard Clair v. Halliburton Company v. Dayco Products, Inc.**
U.S. District Court, Maine
Civil Docket Number: 91-0146-B
Client: Sidney H. Geller, Esq., Waterville, ME
Failure of a rubber hose.

Courtroom Testimony, 28 August 1992, Stinett, TX
**Payton Machine & Supply, Inc. v. Coastal Chemical Co., Inc. and Gasket & Packing, Inc.**
316th District Court, Hutchinson County, TX
Client: Gene Storrs, Esq., Smith, Jarrell & Associates, Amarillo, TX

Analytical methods for hydrogen damage of steel.

Courtroom Testimony, 22 January 1993, Raleigh, NC
**Douglas Wilson v. AEP Industries, Inc.**
U.S. District Court, Eastern North Carolina
Client: William F. Maready, Esq., Robinson, Maready, Lawing and Comerford, Winston-Salem, NC
Dispersion of carbon black in polyethylene agricultural film.

Courtroom Testimony, 20 April 1993, White Plains, NY
**Barrese v. Bass Pro Shops, Et al.**
U.S. District Court
Client: Lucille Fontana, Esq., Clark, Gagliardi & Miller, PC, White Plains, NY
Failure of turnbuckle from tree stand.

Courtroom Testimony, 14 May 1993, New Bloomington, PA
**Commonwealth v. Donald Eugene Ruby**
Commonwealth of Pennsylvania, Court of Common Pleas of the 41st Judicial District, Perry County Branch
Client: Jerry A. Philpot, Esq., Duncannon, PA
Analysis of unknown substances.

Deposition Testimony, 4 January 1994, New York, NY
**Prote Contracting Co., Inc. v. Board of Education of the City of New York**
client: Jonathan Becker, Esq., City of New York, Law Department Measurement of paint thickness of wood samples.

Deposition Testimony, 22 February 1994, Mineola, NY
**Herbst v. Keller Industries and The Home Depot**
U.S. District Court, Eastern New York
Client: Laura Anne Grossman, Esq., Mineola, NY
Failure of articulated ladder.

Deposition Testimony, 7 March 1994, Bridgeport, CT
**Allstate v. Kohler**
U.S. District Court, Connecticut
Client: Dominick J. Rutigliano, Esq., Law Office of Daniel D. Portanova, Bridgeport, CT
Failure of copper alloy valve housing.

Courtroom Testimony, 28 March 1994, Patterson, NJ
**Crown Roll Leaf, Inc. v. Vignola**
Superior Court of New Jersey, Passaic County
Docket Number: C0196-90
Client: Joseph C. Nuzzo, Esq., Nuzzo & Katz, Wayne, NJ
Similarity of impressed patterns in foils samples.

Case 1:02-cv-02068-WMN   Document 61-4   Filed 05/15/2003   Page 6 of 8
APR. -15' 03(TUE) 17:38    T & R LLP                TEL:410 752 9893        P. 011
Andrew W. Blackwood - Deposition and Trial Experience                    Page 3 of 6

Courtroom Testimony, 18 April 1994, Bridgeport, CT
**Hudson River Cruises, Inc. v. Bridgeport Drydock Corporation**
U.S. District Court, Connecticut
Client: Robert K. Marzik, Esq., Stratford, CT
Welding of steel plates in motor vessel hull.


Deposition Testimony, 18 May 1994, Cherry Hill, NJ
**Eichfeld v. Huffy Corporation, et al.**
Superior Court of New Jersey, Camden County
Client: David R. Castellani, Esq., Valore Law Firm, Linwood, NJ
Failure of bicycle handlebar.


Deposition Testimony, 28 July 1994, Philadelphia, PA
**June A. Gilbert v. Medtronic, Inc.**
Superior Court of the State of California, County of Orange
Case Number 67 80 66
Client: David W. Brennan, Esq., Law Office of Edwards & Hayden, Tustin, CA
Failure of conductor wire in brain electrode assembly.


Deposition Testimony, 13 September 1994, Elmwood Park, NJ
**Reffi v. W.W. Grainger, Inc., et al.**
Superior Court of New Jersey, Bergen County
Client: Richard T. Zimmerman, Esq. Gelman & Gelman, Elmwood Park, NJ
Failure of dock leveler mechanism.


Deposition Testimony, 22 Mach 1995, New Orleans, LA
**Client: James P.McLoughlin, Moore & Van Allen, Charlotte, NC**
Failure of printing cartons.


Deposition Testimony, 4 May 1995, Middletown, NJ
**Rogers v. Colonial Sales, et al.**
Superior Court of New Jersey, Monmouth County
Client: Terrence J. Bolan, Esq., Giordano, Halleran & Ciesla, Middletown, NJ
Failure of knife blade.


Deposition Testimony, 25 May 1995, Chicago, IL
**Resurgence Properties, Inc. v. W.E. O'Neil Construction Co., Patrick F. Daly & Associates, Ltd., and STS Consultants, Ltd.**
**U.S. District Court, Northern Illinois**
Client: Phillip Fertik, Esq., Beigel Schy Lasky Rifkind Goldberg & Fertik, Chicago, IL
Characterization of clays.


Courtroom Testimony, 14 June 1995, Hackensack, NK
**Krug's Clothing and Oversize Clothing v. Metro**

Andrew W. Blackwood - Deposition and Trial Experience

Superior Court of New Jersey, Bergen County
Client: Joel N. Werbel, Esq. and Donald L. Crowley, Esq., Methfessel & Werbel, Rahway, NJ
Failure of furnace heat exchanger.

Courtroom Testimony, 6 November 1995, Queens, NY
**Penatello v. Lynn Ladder**
Superior court of New York, Queens County
Client: Harvey G. Lockhart, Esq., Sullivan & Liapakis, New York, NY
Failure of wood step ladder.

Deposition Testimony, 1 May 1996, LaGuardia Airport, NY
**Larry M. Bennett and Eleanor Bennett v. Synthes**
U.S. District Court, Eastern District of Michigan, Northern Division, 95-10141
Client: B. Andrew Rifkin, Rifkin & Rifkin, Southfield, MI
Failure of mandibular implant.

Courtroom Testimony, 17 July 1996, Camden, NJ
**Eichfeld v. Huffy Corporation**
Superior Court of New Jersey, Camden County, L-004477-93
Client: Jeffery H. Sutherland, Esq.
Failure of bicycle handlebar.

Courtroom Testimony, 13 September 1996, West Chester, PA
**Mechtronics, Inc. v. Structure Probe, Inc.**
Court of Common Pleas, Chester County, PA
Facts in commercial dispute.

Deposition Testimony, 24 September 1996, New York, NY
**Benny Donnelly v. R.L. Corporation**
U.S. District Court, Eastern New York
Client: Peter A. Dankin, Esq., McPheters & Dankin, P.C., New York, NY
Failure of polyethylene sprayer tank.

Deposition Testimony, 24 October 1997, Mineola, NY
**Bruce Nine and Carol Nine v. Envirex, Inc., WGM Safety Corp.,
Wilson Safety Products and Rexnord Corp.**
U.S. District Court, Eastern New York
Client: Charles J. Rappaport, Esq., Gandin, Schotsky,
Rappaport, Glass & Greene, LLP
Source of metal fragment.

Deposition Testimony, 10 and 19 February 1999, Irvine, CA
**John M. Murphy, Diane C. Murphy, et al., v. First Southwest**
Diversified Partners, a California general partnership, et al.

Andrew W. Blackwood - Deposition and Trial Experience

Superior Court of the State of California for the County of Orange, 75 25 93
Client: James C. MacDonald, Esq., Wood, Smith, Henning & Berman
LLP, Los Angeles, CA
Use of electron optic techniques to analyze concrete.

Deposition Testimony, 3 February 2000, Wilmington, DE
**Bayer AG, Bayer Corporation and Pfizer Inc. v. Martec Pharmaceuticals Inc. and Martec Scientific Inc.**
United States District Court, Western District of Missouri
Witness of fact in patent infringement case

Deposition Testimony, 28 June 2000, Philadelphia, PA
**Crown International, Inc. v. Mast Construction, LLC., Ronald Schlabach, d/b/a Schlabach Masonry**
Elkhart Superior Court, Elkhart County, Indiana
Client: Thomas J. Jarzyniecki, Jr., Esq., Kightlinger & Gray, Indianapolis, IN
Characterization of acid mist damage to electronic assemblies

Deposition Testimony, 7 August 2000, Lancaster, PA
**Eugene Messner, Deceased v. Terre Hill Concrete Products**
Commonwealth of Pennsylvania, Department of Labor and Industry, Bureau of Workers Compensation
Client: R. Russell Pugh, Esq., Xakellis, Reese, Pugh & Samley, Lancaster, PA
Characterization of material on air filter samples

---

Technical Publications

 To Ask a Question or Make a Comment

 To Place an Order or Request a Quote



---

Return to:

- Failure Analysis Services
- Independent Laboratory Services
- Structure Probe, Inc. Home Page

---

TUESDAY APRIL 15, 2003
© Copyright 1996 - 2003 . By Structure Probe, Inc.
Contacting Structure Probe, Inc.
All rights reserved.
All trademarks and trade names are the property of their respective owners.