Jesse Wolcott

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF MARYLAND
 3   WILLIAM LOCKWOOD      :
 4        Plaintiff        :
 5   vs.                   : Civil Action
 6   PACIFIC USA, LTD.,    : No. WMN-02-CV-2068
 7   et al.                :
 8        Defendants       : Pages 1-97
 9                 ----------
10
11
12
               Deposition of JESSE WOLCOTT
13                 Bel Air, Maryland
14              Tuesday, December 17, 2002
15
16
17
18   Reported by: Kathleen P. Thompson, Notary Public
19
20
21
```

Page 2

```
 1
 2
 3
 4
 5              December 17, 2002
 6                 3:09 p.m.
 7
 8
 9   Deposition of JESSE WOLCOTT held at the offices
10   of:
11
12
13     Gessner, Snee, Mahoney & Lutche, P.A.
14     11 South Main Street
15     Bel Air, MD  21014
16
17
18   Pursuant to notice, before Kathleen P. Thompson,
19   a Notary Public of the State of Maryland.
20
21
```

Page 3

```
 1   APPEARANCES:
 2
 3   Salsbury, Clements, Bekman, Marder & Adkins,
 4   L.L.C.
 5   For the Plaintiff William Lockwood
 6     300 West Pratt Street
 7     Suite 450
 8     Baltimore, MD  21201
 9     (410) 539-6633
10   BY: Michael P. Smith, Esq.
11
12
13   Venable, Baetjer & Howard, L.L.P.
14   For the Defendant Pacific USA, Ltd.
15     Two Hopkins Plaza
16     Suite 1800
17     Baltimore, MD  21201
18     (410) 244-7614
19   BY: Michele R. Kendus, Esq.
20
21
```

Page 4

```
 1
 2   Moore & Jackson, L.L.C.
 3   For the Defendant Toys-R-Us
 4     305 Washington Avenue
 5     Suite 401
 6     Towson, MD  21204
 7     (410) 583-5241
 8   BY: Joel D. Newport, Esq.
 9
10
11              ----------
12
13
14
15
16
17
18
19
20
21
```

PLAINTIFF'S EXHIBIT 4

Esquire Deposition Services                    1-800-441-3376

Jesse Wolcott

Page 5

CONTENTS

EXAMINATION OF JESSE WOLCOTT BY:    PAGE:
MS. KENDUS                6
MR. NEWPORT              88
MR. SMITH                92
MS. KENDUS               93

-0-

--

Page 6

Thereupon,
    JESSE WOLCOTT,
the Witness, called for examination by counsel
for the Defendant, and, after having been sworn
by the notary, was examined and testified as
follows:
    EXAMINATION BY COUNSEL FOR THE DEFENDANT
BY MS. KENDUS:
    Q. Good afternoon, Jesse. We have met
before, but, for the record, my name is Michele
Kendus, we've met over the telephone, I should
say, not in person. And I represent Pacific
Cycle, the Defendant, in a matter that's been
brought to suit by William Lockwood. Okay?
    The other folks here around the table
-- actually, would you like introductions before
we get started?
    THE WITNESS: That would be fine.
    MR. SMITH: I'm Michael Smith, I
represent Bill Lockwood.
    MR. NEWPORT: I'm Joel Newport, I

Page 7

represent Toys-R-Us.
    Q. (By Ms. Kendus) Jesse, have you ever
given deposition --
    A. No.
    Q. -- testimony or testimony in court or
anything like that before?
    A. No.
    Q. I'm going to go over some of the ground
rules to help you get comfortable with this.
    You can see that the court reporter is
typing down everything that is said.
    A. Okay.
    Q. Because of that, it's very important
that you keep your voice up, we also have some
traffic noise behind us, keep your voice up so
that she can hear you. When you answer my
questions yes or no answer with a verbal yes or
no.
    A. Okay.
    Q. She can't type head nods and it's
difficult to decipher uh-huh and uh-uh.

Page 8

    A. Right.
    Q. Okay?
    A. Okay.
    Q. If I ask you any question that you
don't understand, let me know that you don't
understand, I'll try to repeat it or rephrase it
so that you understand it. Okay?
    A. Okay.
    Q. All right. So if you answer a question
I've asked is it fair to assume you've
understood it?
    A. Yes.
    Q. Okay. If you need a break at any time,
let me know, for any reason, I don't think we're
going to be too long today, but don't feel shy
about that.
    A. That's fine.
    Q. Okay. Have you taken any medications
or any other substances that might impair your
ability to understand my questions?
    A. None at all.

Esquire Deposition Services                    1-800-441-3376

Jesse Wolcott

Page 29

1  he do?
2      MR. SMITH: Little stuff on what?
3  Because when he gave his answer he said three
4  different things.
5      MS. KENDUS: I understand.
6      Q. (By Ms. Kendus) Why don't you tell me
7  the little stuff that he would do on, let's
8  start with roller blading?
9      A. He would jump in the air, four, six
10 inches off the ground. Ride off a curb. There
11 was no grinding, there was no ramps. And we,
12 and there was nothing more than that really.
13     Q. Okay. What do you mean by grinding?
14     A. That's when you go up on the rail with
15 your blades and ride down the rail.
16     Q. Rail, you mean like a train rail?
17     A. Like a handrail.
18     Q. Oh, I see.
19     A. Yeah.
20     Q. Like on a stair or something?
21     A. Yeah.

Page 30

1      Q. Okay.
2      A. He didn't do that stuff.
3      Q. So you'd actually be up on the rail?
4      A. Yeah.
5      Q. You do that?
6      A. Yeah.
7      Q. Wow.
8      A. Not anymore, I'm too old now, but.
9      Q. How about skateboarding, what stuff
10 would you do?
11     A. Ollies, which is off the ground a
12 couple inches, riding off curbs, that's pretty
13 much par for the course for all of them, riding
14 off curbs and jumping in the air a little bit.
15 That's pretty much it.
16     Q. What would you do on the skateboard?
17     A. Tricks, ramps. I went to numerous
18 skate parks in my time. And I was good. But,
19 like I said, he was always kind of scared so he
20 never really did anything big.
21     Q. Were there skate parks in your

Page 31

1  neighborhood?
2      A. No. I went to skate parks in New
3  Jersey, Pennsylvania, Ocean City, Florida, all
4  kinds of places.
5      Q. Did he ever go with you?
6      A. Yes, but he would just kind of ride
7  around in the skate park. He wouldn't attempt
8  anything big. Like I said, riding up and down
9  the ramps, that's pretty much it.
10     Q. Did he stop to watch you a lot?
11     A. We'd pretty much do our own thing.
12     Q. Okay. How about with the bikes, what
13 did you see Bill do with the bikes as far as
14 tricks?
15     A. Bill didn't really use his bike. I
16 explained on the phone to you, I know, he had a
17 mountain bike and you can't really do anything
18 with it because it's so heavy. And he had a
19 mountain bike with front shocks which makes it
20 even worse because those things weigh a ton. So
21 the most he could do was do a little bunny hop

Page 32

1  or do a wheelie or ride off of a curb. And not
2  even a big wheelie because you can't get the
3  bike up, it's too big.
4          Now, I had the trick bike and I was
5  doing all the crazy stuff while he was riding
6  along.
7      Q. Did you only know Bill to ever have one
8  bike?
9      A. As far as I can remember he had the
10 Pacific, which is only two years, but, I'm
11 almost positive he had the Pacific the whole
12 time.
13     Q. You don't remember any bikes prior to
14 the Pacific?
15     A. No.
16     Q. Okay. What kind of tricks would you do
17 on your bike?
18     A. Grinding, ramps, rails.
19     Q. You rode on the rails?
20     A. Yeah.
21     Q. Wow.

Esquire Deposition Services                                    1-800-441-3376