May 21, 2003

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 West Lombard Street, Rm. 8D
Baltimore, Maryland 21201

      Re:    **Lockwood v. Pacific USA, LTD.,** *et al*
             **Civil Action No.  WMN-02-2068**

Dear Judge Gauvey:

     This letter confirms that the settlement conference in this case has been rescheduled to **Monday, August 18, 2003, at 9:30 a.m.** in your chambers (Room 8D).

     All of the previous requirements set out in your May 16, 2003 letter to counsel still apply, except as follows.  The *ex parte* letters from each party are now due no later than July 21, 2003.

     The plaintiff's written settlement demand to the defendants, with a copy to the Court, is to occur on July 21, 2003, and the defendants' written offer to plaintiff, with a copy to the Court, is to occur on July 28, 2003.

                                            Very truly yours,

                                            Michael P. Smith

MPS/jc

cc:    All Counsel