IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM LOCKWOOD,** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-02-2068 |
| **PACIFIC USA, LTD., et al.,** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE OF THIRD-PARTY DEFENDANT, SR SUNTOUR, INC., TO PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF NAOJI TANAKA**

Plaintiff's motion to strike affidavit of Naoji Tanaka seeks to prevent defendants from relying on facts set forth in the affidavit in opposition to plaintiff's motion for partial summary judgment on liability.  Plaintiff complains that the facts in the affidavit were not divulged prior to the cut off date for discovery between the plaintiff and the defendants.  Plaintiff, however, concedes that the affidavit of Mr. Tanka was produced prior to the discovery deadline as to SR Suntour, Inc. who relies on the same affidavit to support its opposition to plaintiff's motion and its cross-motion for summary judgment on liability.  Since the affidavit will have to be considered by the Court in ruling on SR Suntour, Inc.'s opposition to plaintiff's motion and on Suntour's motion for summary judgment, it is nonsensical for the plaintiff to request the Court not to consider the affidavit when ruling on plaintiff's motion for partial summary judgment.  It is therefore

#345405

respectfully requested that the Court deny plaintiff's motion to strike affidavit of Naoji Tanaka.

                                                Respectfully submitted,

                                                /s/  *Edward J. Lopata*
                                                _____
                                                Edward J. Lopata
                                                Federal Bar No. 02958
                                                Scott A. Thomas
                                                Federal Bar No. 11692
                                                TYDINGS & ROSENBERG LLP
                                                100 E. Pratt Street, 26th Floor
                                                Baltimore, MD  21202
                                                (410) 752-9700

                                                Attorneys for Third-Party Defendants, SR Suntour, Inc. and SR Suntour, USA

#345405

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of June, 2003, the foregoing Response of Third-Party Defendant, SR Suntour, Inc., to Plaintiff's Motion to Strike Affidavit of Naoji Tanaka was electronically filed to the following:

    Paul D. Bekman, Esquire
    Michael Patrick Smith, Esquire
    Israelson, Salsbury, Clements & Bekman, LLC
    300 W. Pratt Street, Suite 450
    Baltimore, Maryland 21201

        *Attorneys for Plaintiff*

    Bruce R. Parker, Esquire
    Michele R. Kendus, Esquire
    Venable, Baetjer and Howard LLP
    Two Hopkins Plaza, Suite 1800
    Baltimore, Maryland 21201

        *Attorney for Pacific Cycle, LLC, Pacific USA, Ltd., and Toys "R" Us-Delaware, Inc.*

    Kenn Brotman, Esquire
    David Rammelt, Esquire
    Kelley Drye and Warren
    333 W Wacker Drive, Suite 810
    Chicago, IL 60606

        *Attorney for Pacific Cycle, LLC*

        /s/  *Edward J. Lopata*
        _____
        Edward J. Lopata

#345405