**R. W. HINTON ASSOCIATES**

**METALLURGICAL CONSULTANTS**

Metallurgical Engineering
  Specifications
  Failure Analyses
  Corrosion Solutions

5436 Spring Drive
Center Valley, PA 18034-9300
610-967-2797
Fax 610-965-3583
E-mail: rwhinton@fast.net

101-SCBMA-Opinions
Bicycle Steerer Tube
Connections-Lockwood
v. Pacific Bicycle, *et al*
August 20, 2002

Mr. Michael P. Smith, Esq.
Salsbury Clements Bekman
Marder & Adkins, L. L. C.
300 West Pratt Street  Suite 450
Baltimore, MD 21201

Re: Lockwood v. Pacific Cycle, *et al* WMN-02-2068  (Steerer Tube Connection)

Dear Mr. Smith,

    After examining the Pacific Cycle manufactured bicycle in question at Mr. John Schubert's office earlier this year, I have the following technical opinions concerning the mechanical reliability and safety of the steel steerer tube connection:

1. The thin-walled, hollow-steel, steerer tube was mechanically press-fit and possibly thermally interference fit into the steerer tube fork crown. (Thermal expansion coefficients and elastic moduli of both steel and aluminum alloys are attached.) R. W. Hinton saw no evidence of either a welded joint or a chemically bonded joint.

2. The fork crown into which the steerer tube was inserted appears to be made of a nonferrous (non-steel) alloy such as, an aluminum alloy. The elastic gripping force of an aluminum alloy fork crown provides one-third the elastic gripping force of a steel fork crown of the same size.

PLAINTIFF'S EXHIBIT 2

101-SCBMA-Opinions Bicycle Steerer Tube Connections-Lockwood v. Pacific Bicycle, *et al*
August 20, 2002

2

3. In addition, an even weaker gripping force between the thin-walled hollow steel steerer tube, and the nonferrous alloy fork crown would be expected because the thin hollow tube yields (elastically) in compression. (Mechanical and physical properties of carbon steel and aluminum alloys are attached.)

4. No safety device or retightening device was found on the steerer tube fork crown to prevent the steerer tube of the bicycle from pulling out when the tube-to-fork crown mechanical bond becomes loose and the fork crown is worn from normal use. (A graph is attached that shows wear resistance of nonferrous alloys relative to American Iron and Steel Industry [AISI] 1010 sheet steel.)

In summary, the press-fit and/or the thermal interference fit between the thin-walled hollow steerer tube and the nonferrous (aluminum alloy) fork crown of the bicycle in question is inadequate, unsafe, and cannot be retightened or inspected.

As requested earlier of the manufacturer, dimensions (engineering drawings) and manufacturing specifications including the specified materials of construction would be required to further analyze the intended engineering and safety of this bicycle. In addition, a desired destructive test to determine the hardness and composition of the steerer tube and fork crown would enhance and make specific the engineering analyses contained herein.

The enclosed R. W. Hinton engineering analyses and resulting opinions are expressed to a reasonable degree of engineering certainty. If more information becomes available, R. W. Hinton will supplement this preliminary report.

Sincerely yours,

*Robert W. Hinton*

Robert W. Hinton, Ph. D., PE

Attachments

Table A-7  PHYSICAL CONSTANTS OF MATERIALS

| Material | Modulus of elasticity, E | | Modulus of rigidity, G | | Poisson's ratio | Unit weight, w | | |
|---|---|---|---|---|---|---|---|---|
| | Mpsi | GPa | Mpsi | GPa | | lb/in³ | lb/ft³ | kN/m³ |
| Aluminum (all alloys) | 10.3 | 71.0 | 3.80 | 26.2 | 0.334 | 0.098 | 169 | 26.6 |
| Beryllium copper | 18.0 | 124.0 | 7.0 | 48.3 | 0.285 | 0.297 | 513 | 80.6 |
| Brass | 15.4 | 106.0 | 5.82 | 40.1 | 0.324 | 0.309 | 534 | 83.8 |
| Carbon steel | 30.0 | 207.0 | 11.5 | 79.3 | 0.292 | 0.282 | 487 | 76.5 |
| Cast iron, gray | 14.5 | 100.0 | 6.0 | 41.4 | 0.211 | 0.260 | 450 | 70.6 |
| Copper | 17.2 | 119.0 | 6.49 | 44.7 | 0.326 | 0.322 | 556 | 87.3 |
| Douglas fir | 1.6 | 11.0 | 0.6 | 4.1 | 0.33 | 0.016 | 28 | 4.3 |
| Glass | 6.7 | 46.2 | 2.7 | 18.6 | 0.245 | 0.094 | 162 | 25.4 |
| Inconel | 31.0 | 214.0 | 11.0 | 75.8 | 0.290 | 0.307 | 530 | 83.3 |
| Lead | 5.3 | 36.5 | 1.9 | 13.1 | 0.425 | 0.411 | 710 | 111.5 |
| Magnesium | 6.5 | 44.8 | 2.4 | 16.5 | 0.350 | 0.065 | 112 | 17.6 |
| Molybdenum | 48.0 | 331.0 | 17.0 | 117.0 | 0.307 | 0.368 | 636 | 100.0 |
| Monel metal | 26.0 | 179.0 | 9.5 | 65.5 | 0.320 | 0.319 | 551 | 86.6 |
| Nickel silver | 18.5 | 127.0 | 7.0 | 48.3 | 0.322 | 0.316 | 546 | 85.8 |
| Nickel steel | 30.0 | 207.0 | 11.5 | 79.3 | 0.291 | 0.280 | 484 | 76.0 |
| Phosphor bronze | 16.1 | 111.0 | 6.0 | 41.4 | 0.349 | 0.295 | 510 | 80.1 |
| Stainless steel (18-8) | 27.6 | 190.0 | 10.6 | 73.1 | 0.305 | 0.280 | 484 | 76.0 |

J.E. Shigley  
Mechanical Engineering Design  
3rd Ed.  McGraw Hill 1977

*ASM Metals Handbook*
*reprint 1958*

23

# Linear Thermal Expansions of Metals and Alloys

THE NUMBERS in this table have been collected from the numerous articles and data sheets that record in detail the properties of metals in this Handbook. The values are collected here for the reader's convenience in making general comparisons. For more specific information concerning the expansion of SAE steels, the table on page 309 should be consulted. Additional data for nonferrous metals and alloys will be found under item D6 in the data sheets. Values given here are for as-cast, as-wrought or as-annealed material. The effects of thermal treatment, temperature range and other factors are indicated in the various places mentioned above.

| Metal | Temperature, deg Cent | Coefficient of Expansion per deg Cent |
|---|---|---|
| **Aluminum and Aluminum Alloys** | | |
| Aluminum (99.95%) | 20 to 100 | $\times 10^{-6}$ 23.9 |
| *Wrought* | | |
| 2 S   99.0 Al | 20 to 100 | 23.5 |
| 3 S   1.2 Mn | 20 to 100 | 23.2 |
| 11 S  5.5 Cu, 0.5 Pb, 0.5 Bi | 20 to 100 | 22.9 |
| 14 S  4.4 Cu, 0.8 Si, 0.8 Mn, 0.4 Mg | 20 to 100 | 22.5 |
| 17 S  4 Cu, 0.5 Mn, 0.5 Mg | 20 to 100 | 23.0 |
| 18 S  4 Cu, 2 Ni, 0.5 Mg | 20 to 100 | 22.4 |
| 24 S  4.5 Cu, 1.5 Mg, 0.6 Mn | 20 to 100 | 22.8 |
| 25 S  4.5 Cu, 0.8 Mn, 0.8 Si | 20 to 100 | 22.8 |
| 32 S  12.5 Si, 1.0 Mg, 0.9 Cu, 0.9 Ni | 20 to 100 | 19.4 |
| A51 S 1.0 Si, 0.6 Mg, 0.25 Cr | 20 to 100 | 23.1 |
| 53 S  2.5 Mg, 0.25 Cr | 20 to 100 | 23.8 |
| 52 S  1.3 Mg, 0.7 Si, 0.25 Cr | 20 to 100 | 22.9 |
| 56 S  5.2 Mg, 0.1 Mn, 0.1 Cr | 20 to 100 | 24.3 |
| 61 S  1.0 Mg, 0.6 Si, 0.25 Cu, 0.25 Cr | 20 to 100 | 23.5 |
| 75 S  5.5 Zn, 2.5 Mg, 1.5 Cu | 20 to 100 | 23.2 |
| *Cast* | | |
| 43    5 Si | 20 to 100 | 22.0 |
| 108   4 Cu, 3 Si | 20 to 100 | 22.0 |
| 113   7 Cu, 2 Si, 1.7 Zn | 20 to 100 | 22.0 |
| 122   10 Cu, 0.2 Mg | 20 to 100 | 22.0 |
| 142   4 Cu, 2 Ni, 1.5 Mg | 20 to 100 | 22.5 |
| 195   4.5 Cu | 20 to 100 | 23.0 |
| 214   3.8 Mg | 20 to 100 | 24.0 |
| 220   10 Mg | 20 to 100 | 24.5 |
| 355   5 Si, 1.3 Cu, 0.5 Mg | 20 to 100 | 22.0 |
| 356   7 Si, 0.3 Mg | 20 to 100 | 21.5 |
| A108  5.5 Si, 4.5 Cu | 20 to 100 | 21.5 |
| A132  12 Si, 2.5 Ni, 1.2 Mg, 0.8 Cu | 20 to 100 | 19.0 |
| B195  4.5 Cu, 2.5 Si | 20 to 100 | 22.0 |
| 750   6.5 Si, 1 Cu, 1 Ni | 20 to 100 | 23.1 |
| 13    12 Si | 20 to 100 | 20.0 |
| 85    5 Si, 4 Cu | 20 to 100 | 21.0 |
| 218   8 Mg | 20 to 100 | 23.7 |
| 360   9.5 Si, 0.5 Mg | 20 to 100 | 19.5 |
| **Copper and Copper Alloys**[a] | | |
| Pure Copper | 20 to 100 | 16.5 |
| Electrolytic Tough Pitch Copper | 20 to 300 | 17.7 |
| Deoxidized Copper | 20 to 300 | 17.7 |
| *Wrought* | | |
| Gilding Metal, 95% | 20 to 300 | 18.1 |
| Commercial Bronze, 90% | 20 to 300 | 18.4 |
| Red Brass, 85% | 20 to 300 | 18.7 |
| Low Brass, 80% | 20 to 300 | 19.1 |
| Cartridge Brass, 70% | 20 to 300 | 19.9 |
| Muntz Metal | 20 to 300 | 20.8 |
| Leaded Commercial Bronze | 20 to 300 | 18.4 |
| Low-Leaded Brass | 20 to 300 | 20.2 |
| High-Leaded Brass | 20 to 300 | 20.3 |
| Free-Cutting Brass | 20 to 300 | 20.5 |
| Leaded Muntz Metal | 20 to 300 | 20.8 |
| Forging Brass | 20 to 300 | 20.7 |
| Architectural Bronze | 20 to 300 | 20.9 |
| Admiralty Metal | 20 to 300 | 20.2 |
| Naval Brass | 20 to 300 | 21.2 |
| Manganese Bronze | 20 to 300 | 21.2 |
| Aluminum Brass | 20 to 300 | 18.5 |
| Phosphor Bronze, 1.25% (E) | 20 to 300 | 17.8 |
| Phosphor Bronze, 5% (A) | 20 to 300 | 17.8 |
| Phosphor Bronze, 8% (C) | 20 to 300 | 18.2 |
| Phosphor Bronze, 10% (D) | 20 to 300 | 18.4 |
| Cupro-Nickel, 30% | 20 to 300 | 16.2 |
| Nickel Silver, 18% (A) | 20 to 300 | 16.2 |
| Nickel Silver, 18% (B) | 20 to 300 | 16.7 |
| Silicon Bronze, Type A | 20 to 300 | 18.0 |
| Silicon Bronze, Type B | 20 to 300 | 17.9 |
| Aluminum Bronze, 8% | 20 to 300 | 18.2 |
| Beryllium Copper | 20 to 100 | 16.6 |
| *Cast* | | |
| Leaded Tin Bronze | 21 to 260 | 18.5 |
| Leaded Tin Bearing Bronze | 21 to 177 | 18.0 |
| Ounce Metal | 21 to 204 | 19.1 |
| Leaded Yellow Brass | 21 to 260 | 21.6 |
| High Strength Yellow Brass | 21 to 260 | 19.8 |
| Leaded Manganese Bronze | 21 to 204 | 20.5 |
| Aluminum Bronze (89-1-10) | 21 to 260 | 17.1 |

| Metal | Temperature, deg Cent | Coefficient of Expansion per deg Cent |
|---|---|---|
| **Iron and Iron Alloys** *See also page 309* | | |
| Pure Iron | 20 | $\times 10^{-6}$ 11.7 |
| Fe-C Alloys 0.06% C | 20 to 100 | 11.7 |
| 0.22% C | 20 to 100 | 11.7 |
| 0.40% C | 20 to 100 | 11.3 |
| 0.56% C | 20 to 100 | 11.0 |
| 1.08% C | 20 to 100 | 10.8 |
| 1.45% C | 20 to 100 | 10.1 |
| 1.97% C | 20 to 100 | 9.9 |
| 2.24% C | 20 to 100 | 9.6 |
| 3.66% C | 20 to 100 | 8.6 |
| Invar Fe, 36 Ni | r t | 0 to 2 |
| 13 Mn, 1.2 C | r t | 18 |
| 13 Cr, 0.35 C | 20 to 100 | 10.0 |
| 12.3 Cr, 0.4 Ni, 0.09 C | 20 to 100 | 9.8 |
| 17.7 Cr, 9.6 Ni, 0.06 C | 20 to 100 | 16.5 |
| 18 W, 4 Cr, 1 V | 0 to 100 | 11.2 |
| Gray Cast Iron | 0 to 100 | 10.5 |
| Malleable Iron | .... | 12 |
| **Lead and Lead Alloys** | | |
| Pure Lead (99.73%) | 17 to 100 | 29.3 |
| 1% Antimonial Lead | 20 to 100 | 28.8 |
| Hard Lead  96 Pb, 4 Sb | 20 to 100 | 27.8 |
| Hard Lead  94 Pb, 6 Sb | 20 to 100 | 27.2 |
| 8% Antimonial Lead  92 Pb, 8 Sb | 20 to 100 | 26.7 |
| Grid Metal  91 Pb, 9 Sb | .... | 26.4 |
| Lead-Base Babbitt  80 Pb, 15 Sb, 5 Sn | 20 to 100 | 24.0 |
| Lead-Base Babbitt  75 Pb, 15 Sb, 10 Sn | 20 to 100 | 19.6 |
| Tin-Lead Solder  95 Pb, 5 Sn | 15 to 110 | 28.7 |
| Tin-Lead Solder  80 Pb, 20 Sn | 15 to 110 | 26.5 |
| Half and Half  50 Pb, 50 Sn | 15 to 110 | 23.4 |
| **Magnesium and Magnesium Alloys**[d] | | |
| Pure Magnesium (99.80%)[d] | 40 | 26 |
| **Nickel and Nickel Alloys** | | |
| Pure Nickel (99.95 Ni + Co) | 0 to 100 | 13.3 |
| "A" Nickel (99.4 Ni + Co) | 25 to 100 | 13.3 |
| Cast Nickel 1.5 Si, 0.5 Mn, 0.5 C | 25 to 100 | 13.0 |
| "Z" Nickel  4.5 Al | 0 to 100 | 13.0 |
| Monel  30 Cu, 1.4 Fe, 1.0 Mn, 0.15 C | 0 to 100 | 14.0 |
| "K" Monel  29 Cu, 3 Al | 25 to 100 | 14.0 |
| "S" Monel  30 Cu, 4 Si, 2 Fe | 21 to 100 | 12.2 |
| Cast Monel  32 Cu, 1.6 Si, 0.2 C | 25 to 100 | 12.0 |
| Hastelloy A  20 Mo, 20 Fe | 0 to 100 | 11.0 |
| Hastelloy B  30 Mo, 5 Fe | 0 to 100 | 10.0 |
| Hastelloy C  17 Mo, 15 Cr, 5 W, 5 Fe | 0 to 100 | 11.3 |
| Hastelloy D  8 to 11 Si, 3 Cu | 0 to 100 | 11.0 |
| Inconel  14 Cr, 6 Fe | 0 to 100 | 11.5 |
| Chromel A  20 Cr | 70 to 1000 | 17.6 |
| Nichrome  24 Fe, 16 Cr | 20 to 1000 | 17.0 |
| Chromax  50 Fe, 15 Cr | 20 to 500 | 15.8 |
| Constantan  45 Ni | 20 to 1000 | 18.8 |
| **Tin and Tin Alloys** | | |
| Pure Tin | 0 to 100 | 23.0 |
| Soft Solder  70 Sn, 30 Pb | 15 to 110 | 21.6 |
| Eutectic Solder  63 Sn, 37 Pb | 15 to 100 | 24.7 |
| **Zinc and Zinc Alloys** | | |
| Pure Zinc | 20 to 250 | 39.7 |
| Zamak 3  4 Al, 0.04 Mg | 20 to 100 | 27.4 |
| Zamak 5  4 Al, 1 Cu, 0.04 Mg | 20 to 100 | 27.4 |
| Commercial Rolled Zinc  99 Zn, 0.08 Pb | 20 to 40 | 32.5[b] |
| | 20 to 40 | 23.1[c] |
| Commercial Rolled Zinc  0.06 Pb, 0.06 Cd | 20 to 40 | 32.5[b] |
| | 20 to 40 | 23.1[c] |
| Commercial Rolled Zinc  0.3 Pb, 0.3 Cd | 20 to 98 | 33.9[b] |
| | 20 to 98 | 23.4[c] |
| **Miscellaneous Pure Metals** | | |
| Cadmium | 20 | 29.8 |
| Chromium | 20 | 6.2 |
| Cobalt | 20 to 100 | 12.3 |
| Gold | 20 | 14.2 |
| Molybdenum | 25 to 100 | 4.9 |
| Silver | 0 to 100 | 19.7 |
| Tungsten | 20 | 4.3 |

(a) For compositions of copper alloys, see page 24. (b) With the grain. (c) Across the grain. (d) Approximately the same for all commercial magnesium alloys.

ASM Metals Handbook v.19 p.969
ASM Int'l 1st Ed. 1996

**Material: Carbon steels (AISI)**

| | | | UTS 321 MPa* | TYS 225 MPa* | σ_f 784 MPa* | % RA* |
|---|---|---|---|---|---|---|
| 1005 | | Hot-rolled | 321 MPa* | 225 MPa* | 784 MPa* | 73 |
| 1006 | 85 HB | Hot-rolled | 355 | 236 | 1031 | 81 |
| | 85 HB | Hot-rolled | 358 | 266 | 951 | 70 |
| | 85 HB | Hot-rolled | 318 | 248 | | 73 |
| 1008 | 82/99 HB | Hot-rolled | 318 | 248 | | 73 |
| 1015 | 80 HB | Hot-rolled | 318 | 248 (36ksi) | | 73 |
| 1018 | 106 HB | Normalized | 363 | 253 | 808 | 77 |
| | 118 HB | QT | 415 | 227 | 725 | 68 |
| | 209 HB | QT | 354 | 250 | | |
| 1020 | 108 HB | Hot-rolled | 496 | 290 | 678 | 64 |
| | 105/109 HB | Annealed | 696 | 572 | 741 | 61 |
| 1025 | | Hot-rolled | 392 | 254 | 661 | 62 |
| | | Hot-rolled | 441 | 260 | 713 | 57 |
| | | Hot-rolled | 547 | 306 | 1193 | 59 |
| 1030 | 128 HB | Hot-rolled | 566 | 387 | 880 | 59 |
| | 128 HB | Hot-rolled | 454 | 289 | 764 | 56 |
| 1035 | | Hot-rolled | 454 | 289 | 764 | |
| | | Hot-rolled | 476 | 250 | 751 | |

\* UTS - ultimate tensile strength   MPa ÷ 6.9 = ksi (1000psi)
 TYS - tensile yield strength       MPa ÷ 6.9 = ksi (1000psi)
 σ_f - fracture strength            "   "   "
 % RA - percent reduction in area before fracture of tensile test sample.

Table 2   Minimum tensile properties of selected aluminum casting alloys

| Alloy | Strength class | Ultimate tensile strength | | Tensile yield strength | | Elongation, % |
|---|---|---|---|---|---|---|
| | | MPa | ksi (1000 psi) | MPa | ksi (1000 psi) | |
| A356-T6(a) | 1 | 262 | 38.0 | 193 | 28.0 | 5 |
| | 2 | 275 | 40.0 | 206 | 30.0 | 3 |
| A357-T6(a) | 1 | 310 | 45.0 | 241 | 35.0 | 3 |
| | 2 | 345 | 50.0 | 275 | 40.0 | 5 |
| D357-T6(b) | Nondesignated | 310 | 45 | 248 | 36 | 2 |
| | Designated | 345 | 50 | 275 | 40 | 3 |
| A201-T7(a) | 1 | 413 | 60.0 | 345 | 50.0 | 3 |
| | 2 | 415 | 60.0 | 345 | 50.0 | 5 |
| B201-T7(c) | Nondesignated | 385 | 56 | 330 | 48 | 2 |
| | Designated | 413 | 60 | 345 | 50 | 3 |

a) Per MIL-A-21180. (b) Per AMS 4241. (c) Per AMS 4242

ASM Handbook v.19
Fatigue + Fracture
p.715

steel shown that the formation of certain oxide films frequently acts as a protection against wear.[10]

ASM Metals Handbook
Reprint 1957
p 220



Fig. 2 General relation between hardness and abrasive wear of miscellaneous materials. Wet 80-mesh Crystolon abrasive on cast-iron lap. (Wear type IIA1.) Comparative wear resistance is the ratio of weight loss of specimen to weight loss of SAE 1010 steel (treatment not given). Unit pressures also not given. (From data by Weiss[23])