John Schubert    5996 Beverly Hills Road    Coopersburg, PA 18036-2603
610/282-3085; fax 282-2432; Schubley@aol.com

August 28, 2002

Michael P. Smith
Israelson, Salsbury, Clements & Bekman, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, MD 21201

RE:   Johnson v. Pacific Cycles
      Preliminary Expert Report

Dear Mr. Smith:

As per your request, I have examined the Pacific Cycles "Pacific USA Strike" bicycle which was involved in an accident involving a teenage rider named William Lockwood.

Herewith is my preliminary report in this case. As always, should there be further Discovery information that is relevant, I reserve the right to supplement this report.

## *Description of the Accident*

I understand that Mr. Lockwood was riding his bike during daylight hours on June 7, 1999 when the steerer tube separated from the fork crown. As is typically the case when such separation occurs, the rider was thrown forward and he sustained serious injuries.

Mr. Lockwood was riding with a friend on a local street. He had lifted his handlebars to clear a manhole cover, in a maneuver called a "bunny hop," and when he landed after the bunny hop, the front of the bike collapsed underneath him. He went down and landed on his face.

## *The cause of this accident*

After the accident, the bike was recovered with the front fork having fallen off of the bottom of the steerer tube. When Mr. Lockwood lifted up on the bike, the front fork and front wheel became unattached from the rest of the bike and fell off, thereby causing the crash. Without a front wheel, the bike was uncontrollable. The front of the bike would fall away underneath the rider, and the rider's momentum would carry him forward as the bike crashed and skidded to a stop on the ground.

The front fork was supplied by a vendor named SR, model name Duotrack 7006.

Specifically, the part that failed was the joint between the fork crown and the steerer tube.

I will explain in this report the following topics:

- What the pieces are and what they do.

- Why this separation was a cause, and not a result, of the accident.

- Why separation of the fork from the rest of the bicycle is completely unacceptable in industry practice.

PLAINTIFF'S EXHIBIT 3

- Alternate designs for the steerer tube/fork crown junction with a far superior safety record.

## *What the pieces are and what they do:*

While there are only two pieces of metal involved in this failure, I want to quickly illustrate the larger mechanism, so the reader will understand what is being described.

Look at the illustration below:



The fork blades are the pieces that extend downward to meet the front wheel hub, and they are the parts people think of when they think of the fork.[1]

The fork crown exists to attach the steerer tube to the fork blades.

The steerer tube is normally invisible. It is inside the bicycle frame's head tube.

On the Pacific USA Strike bicycle involved in Mr. Lockwood's accident, the steerer tube was made from steel and the fork crown was a nonferrous metal (almost undoubtedly aluminum).

## *Why this separation was a cause, and not a result, of the accident:*

Occasionally, one encounters accidents in which damage to the bike was a result of an accident already under way, as opposed to a mechanical failure that caused the accident. The physical evidence on Mr. Lockwood's bike shows that this was a mechanical failure that caused the accident.

---

[1] The bicycle in this accident had a suspension fork, which essentially means that the fork blades were telescoping, and spring-loaded. The suspension mechanism did not play a role in the failure of the fork crown/steerer tube joint. The suspension mechanism looks complex, and it is visually distracting. I mention it only to advise the reader to ignore the visual distraction.

There is no significant damage to the bike other than the separation of fork crown from steerer tube, and the pieces that were separated show no signs of bending or scrape marks that would have resulted from an impact strong enough to destroy this joint. (Moreover, as I will explain below, the industry standard is to make this joint as strong as or stronger than the surrounding metal pieces.)

While Mr. Johnson's bicycle showed signs that it was well used, it was not abused or kept in an unsafe condition. The most-worn parts of the bike were the tires, the pedals, and the braking surfaces on the front wheel rim—all indications of normal use. The wheel rims were out of true (I estimate 3 mm for the front rim and 5 mm for the rear rim), which is a normal maintenance item for bikes that are used extensively. There is no sign of crushing or impact damage to the wheel rims or fork blades, or sign of denting or other such damage to the frame.

Marks on both wheel rims showed that the rider knew how to use the front brake as well as the rear brake.

Except for the failure which caused Mr. Lockwood's accident, this bike was in better condition than most teenagers' bikes I have observed.

The accident occurred when Mr. Lockwood lifted up on his handlebars to clear a manhole cover. What this means is that the joint between the fork crown and steerer tube had weakened to an extent that the weight of the wheel and fork blades (less than ten pounds combined) was enough to pull the joint apart. This joint had weakened to an extent that it could be pulled apart by this very modest force.

## Industry and government standards for steerer tube attachment

The U.S. Consumer Product Safety Commission (CPSC) has had a standard for fork integrity since 1976. The relevant section reads:

> The fork and frame assembly shall be tested for strength by application of a load of 890 N (200 lbf) or at least 39.5 J (350 in-lb) of energy, whichever results in the greater force, in accordance with the frame test § 1512.18(k)(2), without visible evidence of fracture or frame deformation that significantly limits the steering angle over which the wheel can be turned.[2]

What the CPSC rule states is that the fork needs to withstand a 200-pound force without rendering the bike unusable. A bike that falls into pieces from the force of those pieces' own weight does not meet this standard.

The industry has a very high standard for steerer tube attachment, and failures of this joint are considered unacceptable. There are two major reasons why:

• The steerer tube is a single point failure mode. If it breaks, or separates from the fork, you crash. Most other parts on the bike have redundant systems; if one brake fails, you have another; if the left chainstay breaks, you have a right chainstay. But the steerer tube is critical all by itself.

• The steerer tube cannot easily be inspected. It is hidden inside the bike frame's head tube. The joint between the steerer tube and fork crown is assumed to be one that needs no maintenance or inspection for the bicycle's life.

By tradition, bicycles are built so this joint is stronger than the pieces surrounding it. When you inspect a bicycle that has been in a hard front-end crash, you'll often see severe bending in the fork

---

[2] U.S. Consumer Product Safety Commission Requirements for Bicycles - Code of Federal Regulations, Book 16, § 1512.14

blades and/or the front part of the bicycle frame. But the joint between the steerer tube and fork crown remains secure.[3]

When a fork of typical strength fails, it must have a benign failure mode. The steel forks that were used on bikes through most of the past century bend, rather than breaking. This can allow the rider some control over the steering even as a crash is occurring.

On suspension fork bikes, one commonly sees several designs which would eliminate the risk of the steerer tube separating from the fork crown. In recent months, I have observed that just about every front-suspension bicycle sold in discount department stores (Pacific Cycles's main sales outlet) uses an all-steel, all-welded design. Among suspension forks that insert a steel steerer into a cast fork crown (the Pacific USA Strike design), it is an accepted industry practice to use a flange on the bottom of the steerer tube. The flange guarantees that the steerer tube/fork crown joint will not fail while riding.

I did not observe any epoxy or other adhesive on the failed joint in the Pacific USA Strike bicycle. Further communication with the fork manufacturer will be necessary to determine whether the intended design was a simple press fit or a design that relied on adhesive. However, I will add that when this joint uses epoxy, at least one company in the industry sees to it that the joint typically stays solid even as the metal around it fails. This is true for both ultimate strength testing and for units that have been weakened by extensive corrosion from a humid environment.

## *Conclusion:*

My opinions are as follows:

- The cause of the accident was mechanical failure, and not abuse or rider error.

- Pacific Cycles and SR did not adequately test the construction method used on the Pacific USA Strike fork. Indeed, they did not adequately consider whether this construction method was appropriate, given the inevitably that failure would lead to personal injury.

- Had Pacific Cycles and SR done adequate testing, they would have uncovered the fact that this joint weakened over time, and they would have sought an alternate design.

- At least three alternate construction methods come to mind: an all-steel welded construction; a steerer tube with a flange at the bottom, and a properly epoxied press-fit system. All were common industry practice at the time the Pacific USA Strike bicycle was made.

Therefore, speaking as an expert in bicycle safety, bicycle design, and bicycle industry practices, I conclude with a reasonable degree of certainty that the defective design and/or workmanship in the Pacific USA Strike bicycle was the sole cause of Mr. Lockwood's accident.

Very truly yours,

*John Schubert*

---

[3] Author Fred DeLong, one of the 20th Century's most important technical writers in bicycling, thought this fact important enough that he published a photograph of a fork bent, but not broken, by impact, on Page 112 of his landmark book, *DeLong's Guide to Bicycles and Bicycling* (Chilton, 1974, 1978)

# John Schubert • Rule 26 Disclosures • updated August 28, 2002

## Compensation:

Discovery, $100 per hour; Travel, $60 per hour;
Deposition and trial testimony, $150 per hour or any part thereof.

## List of Deposition & Trial Testimony in the previous four years

### Deposition and Trial Testimony For the Defense

| Case Name | Deposition | Trial |
|---|---|---|
| Egan v Jenkins & VBT | ✓ | ✓ |
| Rickards v. PennDOT | | ✓ |
| Mangini v Timberline | ✓ | ✓ |
| Cameron v. Trek | ✓ | |

### Deposition and Trial Testimony for the Plaintiff

| Case Name | Deposition | Trial |
|---|---|---|
| Bock v Mooney | ✓ | |

# *John D. Schubert*

5996 Beverly Hills Road    Coopersburg, PA 18036-2603
Office: 610/282-3085   Facsimile: 610/282-2432   Residence: 610/282-4246   E-mail: Schubley@aol.com

**EXPERT IN BICYCLE SAFETY, BICYCLE DESIGN & TECHNOLOGY, BICYCLE ACCIDENT RECONSTRUCTION, RIDER BEHAVIOR, BICYCLE INDUSTRY PATENTS, TRADEMARKS & CONTRACTS; and BICYCLE INDUSTRY BUSINESS PRACTICES**

## CURRENT WORK:

| | |
|---|---|
| 1988 - ongoing | Bicycle industry consultant, assisting major companies in product design, marketing, owner's manuals and other publications, corporate restructurings, etc. Clients include Hyundai bicycles, Specialized Bicycle Company, SunTour USA, Mathauser Hydraulic Brake, Diamondback, Bikecentennial, Timex, National Bicycle League, Bicycle Federation of America, Cannondale, Bicycle Market Research Institute, Fuji, DuPont, Japan Bicycle Promotion Institute, Maruishi, Discovery Channel and Burley Design. |
| 1988 - ongoing | Technical Editor of Adventure Cycling magazine. |
| 1979 - ongoing | Freelance bicycling writer, published in numerous books, magazines and newspapers (see list below). |
| 1981 - ongoing | Expert witness and consultant in litigation in bicycle accidents and bicycle industry practices. |

- Accepted by courts to testify in the above-mentioned areas in the following venues:

Superior Court of New Hampshire (Manchester, NH)   Tangipahoa Parish Court (LA)
Tribunal of the International Chamber of Commerce   St. Tammany Parish Court (LA)
Superior Court of New Jersey (Camden County)   Lenawee County (MI) Circuit Court
Cumberland County (PA) Court of Common Pleas   United States District Court, Washington DC
Washington County (PA) Court of Common Pleas   Binding arbitration, Wilmington, DE
Federal District Court, Charlottesville, VA   Delaware County (PA) Court of Common Pleas
Federal District Court, Missoula, MT

- Submitted written reports and gave depositions in 14 states.
- Performed litigation consulting services in an additional nine states and in Vancouver, BC

## PROFESSIONAL BACKGROUND IN CYCLING

### BOOKS PUBLISHED:

| | |
|---|---|
| 1996 | *The Tandem Scoop* (paperback, second edition, Burley Designs, Eugene, Oregon) About tandem bicycling. (First edition, 1993) |
| 1992 | *Running* (Fodor's Sports, a division of Random House, New York) |
| 1987 | *Cycling for Fitness* (Ballantine Books, a division of Random House, NY & Oxford Press, United Kingdom) Repeated printings; extremely favorable reviews from Publisher's Weekly and from the cycling community. Hardback & paper. |

### PUBLICATION MANAGEMENT:

| | |
|---|---|
| 1984 - 88 | Founding Editor-in-Chief, Bicycle Guide magazine. Published first issue four months after company was founded; won first-place Western Publishers' Association award for editorial excellence. |

- 1 -

| | |
|---|---|
| 1982 - 84 | Founding Editor, Bike Tech. Founded technical newsletter; solicited and edited articles from world authorities in technical areas such as metallurgy, aerodynamics, mechanical engineering, exercise physiology, visual perception, traffic engineering, et cetera. |
| 1979 - 84 | Senior Editor, Bicycling magazine. Played a leading role in tripling Bicycling's circulation. Was technical "point man" for the most authoritative magazine in the world in its field. Worked with technical writers from all over the world. |

## CONTRIBUTIONS TO ANTHOLOGIES / JOINTLY AUTHORED BOOKS:

| | |
|---|---|
| 2001 | *MacMillan's Encyclopaedia of Energy* —(co-authored 6300-word entry on bicycling) |
| 1997 & 1994 | *Woodall's Plan It • Pack It • Go . . . Great Places to Tent • Fun Things to Do* (Simon & Schuster & Woodall Publishing) (separate contributions to two separate editions) |
| 1993 | Math textbook (essay on how bicycle designers use math) (Prentice-Hall) |
| 1991 | *The Bicyclist's Sourcebook* (Woodbine House, Rockville, MD) |
| 1986 | *1st Class Cycling* (Rodale Press, Emmaus, PA) |
| 1984 | *The Complete Bicycle Fitness Book* (McCullagh, James C., editor; Warner Books, NY) |
| 1982 | *The Bicycling User's Manual* (Rodale Press, 1982) |

## MAGAZINE ARTICLES & OTHER PUBLISHED MATERIAL:

| | |
|---|---|
| 1979 - ongoing | Published literally hundreds of technical and safety-related articles and letters on bicycling. These have included technical road tests of more than 200 bicycles (which involve test-riding the bikes and analyzing their design), riding technique, exercise physiology, fluid loss and heat stroke, visual perception of cyclists and motorists, traffic law, physics, engineering and metallurgy as they apply to bicycles, structural analysis of bicycles and components, maintenance and repair, touring techniques, racing strategies, safe cycling at night, bicycle facility design standards, etc. Have answered literally thousands of readers' questions over the years, in published Q&A columns, over the telephone, and in direct correspondence. These have been published in the following periodicals: |

| | | |
|---|---|---|
| Bicycling magazine | Bicycle Guide magazine | BMX Plus |
| Popular Mechanics | Boys' Life | Swarthmore College |
| American Wheelman | Adventure Cyclist | Alumni Bulletin |
| Sportcare and Fitness | Travel and Leisure | Bicycles Today |
| Bicycle Institute of America annual reference book | Pedal (Canada) | Bike Tech |
| | Pediatrics | Consumers Digest |
| The Cyclists' Yellow Pages | Bicycle Retailer | Bike Culture (U.K.) |
| More | | |

| | |
|---|---|
| 1993 | Wrote a syndicated series of four "how to" articles published in approximately 100 newspapers (distributed by Los Angeles Times News Service). |
| 1978 | Wrote handbook on cost-effective and safe facilities for bicycles under contract to U.S. Department of Energy. |
| 1975 | Weekly column on bicycling published by Delaware County Daily Times (50,000 circulation newspaper). |

*STATURE IN THE FIELD OF CYCLING:*

> I've been quoted on the topic of bicycling by other writers in publications on four different continents (Australia, Africa, Europe and North America). Quoted in publications such as Business Week, TWA magazine, US Air Magazine, US News and World Report, The Washington Post, The International Herald Tribune, and many leading newspapers.
>
> My 1982 article about the poor technical performance of the reflective fabric "Early Warning" marketed by 3M Corporation induced 3M to withdraw the product from the market.
>
> I've given approximately 15 radio interviews and made a two-day appearance on television with consumer advocate Herb Dennenberg (WCAU-TV, Philadelphia).
>
> I was asked to act as a manuscript reviewer for IEEE Spectrum, the journal of the Institute of Electrical and Electronics Engineers.

*MEMBERSHIPS, OFFICES HELD AND AFFILIATIONS:*

Board member and former Vice President, League of American Bicyclists; member of the League's education, publication and standards committees
Certified Effective Cycling Instructor (Certificate #600) — the only bike safety program which certifies its instructors.
Secretary, Pennsylvania state bicycle advisory committee (appointed by the governor)
Vice Chair, American Society of Testing & Materials F.08 Bicycle Subcommittee Task Force on Use Class
Chair, BicyclePA touring route subcommittee
Board of Directors, Coalition for Alternative Transportation, Bethlehem, PA
Lehigh Valley Bicycle/Pedestrian Advisory Committee
Adventure Cycling Association
Ultra-Marathon Cycling Association (life member)
Bicycle Federation of Pennsylvania (statewide advisory board member)
Board member, Bicycle Transportation Institute

*FORMER MEMBERSHIPS:*

Tandem Club of America; New York Metropolitan Council of Bicycle USA (board member); Bicycle Coalition of the Delaware Valley (board member); Delaware County (Penna.) Planning Commission Task Force on Bikeways; National Association of Bicycle Commuters; International Unicycling Federation; Lehigh Wheelmen; National Off Road Bicycling Association; United States Cycling Federation (national & international racing licenses, 1981, 1982, 1984)

*SAFETY CONFERENCES & EVENTS ATTENDED:*

| | |
|---|---|
| 1997, 99 & 2001 | League of American Bicyclists Effective Cycling Instructor Certification seminar. Field trials of nighttime conspicuity devices conducted at 2001 seminar. |
| 1995, 96, 97, 98 | American Society of Testing & Materials — Subcommittee on bicycle safety. Named chair of bicycle user classification task group. |
| 1994, 96 & 97 | Chairman's Conference on Nighttime Bicycle Conspicuity — U.S. Consumer Product Safety Commission (Washington DC) |
| 1993 | National Congress of Bicyclists & League of American Wheelmen National Rally (Kutztown, PA) |
| 1990 | Pro-Bike, sponsored by the Bicycle Federation of America (Arlington, VA) |
| 1986 | Pro-Bike, sponsored by the Bicycle Federation of America (Seattle, WA) |

- 3 -

| | |
|---|---|
| 1986 | World Congress on the Medical and Scientific Aspects of Cycling, at the World Cycling Championships (Colorado Springs, CO) |
| 1985 | Continuing Education program on Sports Conditioning and Injury Care, sponsored by Sportsmedicine Dept., NPW Medical Center (Wilkes-Barre, PA) |
| 1984 | Pro-Bike, sponsored by the Bicycle Federation of America (Miami, FL) |
| 1981 | Field demonstrations of nighttime safety devices conducted for the American Society of Testing and Materials by Dunlap and Associates (Darien, CT) |
| 1980 | Symposium on Conspicuity on the Highway, sponsored by National Academy of Sciences & Transportation Research Board (St. Paul, MN) |
| 1980 | National Centennial Convention, League of American Wheelmen (Kingston, RI) |
| 1980 | Transportation Research Board annual meeting (Washington, DC) |
| 1977 | Bike-Ed Safety Conference, sponsored by U.S. Consumer Product Safety Commission (Washington, DC) |

*OTHER BICYCLING EVENTS ATTENDED:*

| | |
|---|---|
| 2001 | National Bicycle Advocacy Summit, sponsored by the League of American Bicyclists, Washington, DC |
| '82, 97, 98, '00, '01 | National Rally, League of American Bicyclists (Dayton, Ohio; W. Lafayette, Indiana; Wellsley, Massachusetts, St. Paul, MN, Altoona, PA) |
| 1995, 96, 98, 99, '00 | Keystone Ride — a multi-day, 50 miles/day bike ride with Pennsylvania Governor Tom Ridge in Pennsylvania |
| 1991-2001 | Family Cycle Tour Weekend (10 consecutive years; five different locations) |
| 1985-87, 90, 91 | Eastern Tandem Rally (five different locations) |
| 1981, 82, 84, 85, 2000 | Great Eastern Area Rally (four different locations) |
| 1974 - ongoing | many other bike races, touring events, centuries, metric centuries, etc. |

*PRESENTATIONS GIVEN:*

| | |
|---|---|
| 2001 | "An Afternoon with John Schubert and Friends" — Keynote Speaker at the League of Michigan Bicyclists' annual meeting, Lansing, Michigan |
| 2001 | Keynote Speaker, Harrisburg Bicycle Club annual dinner banquet, Camp Hill, PA |
| 2001 | Keynote Speaker, annual meeting of the Tandems of York Society, York, PA |
| 2000 | Gave workshop on bicycle touring and state government support at Pro-Bike, Philadelphia, PA. Introduced keynote speaker at plenary session. |
| 2000 | Keynote Speaker at Virginia Bicycle Education Association and Indiana Bicycle Coalition annual statewide conferences |
| 2000 | Panel Discussion speaker on advocacy at LAB Great Eastern Area Rally |
| 1998 | "A history of bicycles and engineering," after dinner speaker at the annual banquet of the Lehigh Valley Engineering Council. Speech posted on the World Wide Web by the Coalition for Alternative Transportation at http://www.car-free.org/effect/ef_news.htm |
| 1997 | "Has the bicycle industry forgotten you? How bike companies are ignoring most bike riders' demographics and letting product development suffer." after-dinner speaker at the New York Cycle Club. |

- 4 -

| | |
|---|---|
| 1995 | "Dubious Achievements and a Few Bright Spots — a Review of the Bicycle Industry;" after-dinner speaker at the Bicycle Federation of Pennsylvania's Blue & Gray Rally, Gettysburg, PA. |
| 1990 | "An Evening of Myth Debunking;" after-dinner speaker at the New York Cycle Club. |
| 1986 | Gave workshop on cycling promotion at Pro-Bike, Seattle, Washington. |
| 1985 | Gave talk to approximately two dozen CEOs of French manufacturers on how to improve their market share in the U.S. at the Paris Cycle Salon in France. |
| 1984 | Gave workshop on mountain bike trail usage at Pro-Bike in Miami, Florida. |
| 1983 | Gave a three-hour presentation on improvements in bicycle design to a standing-room-only crowd of specially invited industry professionals at the New York International Cycle Show. |
| 1982 | Chaired a panel on technical issues in the bicycle industry, at the New York International Cycle Show. Gave a presentation on loss of energy efficiency due to frame flex. |
| 1982 | Served on panel discussions on "Trends in Future Bicycle Design" and "Bicycling Publications" at the Bicycle Network annual meeting in New York. |

*TRADE SHOWS ATTENDED:*

| | |
|---|---|
| 1980 - ongoing | About 70 bicycle trade & consumer shows in Paris, New York, Cleveland, Philadelphia, Long Beach, Reno, Las Vegas, Anaheim, & Atlantic City. |

*PERSONAL CYCLING EXPERIENCE:*

| | |
|---|---|
| 1981, 82, 84 | Licensed USCF bicycle racer. Rode regularly in road, track, criterium and time-trial racing events. |
| 1977 | Rode 4,000-mile self-contained solo transcontinental bicycle tour through 12 states and one Canadian province |
| 1971 - ongoing | Rode many other, shorter multi-day self-contained bicycle tours in New Hampshire, Vermont, Massachusetts, Connecticut, Montana, Pennsylvania, California & North Carolina. |
| 1979 & 1986 | Biathlon (running and cycling) racer. 2nd & 3rd place finishes. |
| 1971 - 73 | Mechanic, servicing approximately 1,000 bicycles at MLE Schwinn, Media, PA and Chain Gang, Wilmington, DE |
| 1965 - ongoing | Have ridden dropped-handlebar "10-speed" and other adult-style bikes continually. I ride several thousand miles per year, commuting, touring, training for racing, racing, off-road riding, etc. I have ridden in two dozen states, five countries, and many, many cities. |

## OTHER QUALIFICATIONS & EXPERIENCE

| | |
|---|---|
| 1974 - 88 | Reporter, editor, and photographer for four daily newspapers and for columnist Jack Anderson in Washington, DC. |
| 1997 - | Elected to the board of education, Southern Lehigh School District, Center Valley, PA. Elected vice president in 1999 & president in 2000. Appointed to public library board of directors. In 1998, Southern Lehigh was recognized by the U.S. Department of Education as having one of the top 140 schools in the country. |

| | |
|---|---|
| 1987 - ongoing | Licensed private pilot. Completed Phases I & II of Federal Aviation Administration's "Wings" Pilot Proficiency Award Program. Trained in aerobatic maneuvers and use of unpaved landing strips. |
| 1977 - 78 | Management consultant in marketing communications and technical writing for Drew Incorporated, West Chester, PA. Prepared technical documents for Westinghouse Advanced Reactors Division and Betz Environmental Engineers, launched the solar energy newsletter Helios, and outlined marketing materials for a gourmet food company. |
| 1971 - 79 | Freelance photographer. Studied professional color photography at Rochester Institute of Technology, 1972. |
| 1978 | Outward Bound instructor for Cranbrook Academy (Bloomfield Hills, MI). |
| 1974 | B.A. Degree, Swarthmore College |
| 1968 - ongoing | Long-distance runner. Ranked 230th nationally among U.S. marathon runners in 1973. Captain of Swarthmore College cross country team. |

## Fee schedule and terms for expert witness work by John Schubert

These fees effective Jan. 1, 1998 and guaranteed through Dec. 31, 2002.

Basic rates:

> Professional time: $100 per hour
> Travel time $60 per hour

Deposition and trial testimony:

> $150 per hour or any part thereof

Out-of-town days:

> Eight (8) hour minimum of billable hours when an entire day (with overnight stay) is spent out of town at the client's request.

*All fees or expenses to be paid by opposing counsel must be paid in advance in full.*
I calculate my time in quarter-hour increments.

I do not charge for initial consultations, and I encourage thorough initial consultations to minimize the risk of misunderstanding. I attempt in initial conversations to learn as much as possible to determine whether my opinions are consistent with your needs.

If, after I begin billable work, added research makes my opinions disfavorable, I'll promptly let you know, but you're responsible for fees up to that point.

My procedure is to do only the work requested specifically by counsel, so there is no confusion about work done or time spent.

To begin work on a case, I reserve the right to ask for a deposit against fees and expenses. This is my normal procedure with new clients.

Invoices are payable within 30 days of the invoice date. Beyond the 30-day period, I issue a reminder notice. Should a second or third reminder notice be necessary, there will be an additional charge for the reminder notices themselves, and interest will be charged at 15 percent. Should further action be necessary for collection, the client is liable for all attorney fees and/or collection agency charges.

> ### Clients can almost always reach me!
> You have my address, three voice phone numbers, a fax, and E-mail at your disposal.
>
> John Schubert • 5996 Beverly Hills Road • Coopersburg, PA 18036-2603
> Office phone:           610/282-3085
> Fax: (dedicated line)   610/282-2432
> Cellular phone:         610/393-7370
> Residence phone:        610/282-4246
> E-mail                  schubley@aol.com