IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM LOCKWOOD | : |
| | : |
| v. | : Civil Action WMN-02-2068 |
| | : |
| PACIFIC USA, LTD., et al. | : |

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 24th day of July, 2003, by the United States District Court for the District of Maryland, ORDERED:

1.  That Plaintiff's Motion for Partial Summary Judgment (Paper No. 40) is hereby DENIED;

2.  That Defendants' Motion for Summary Judgment to Dismiss Plaintiff's Claim for Certain Damages (Paper No. 41) is hereby DENIED;

3.  That Plaintiff's Motion to Strike Affidavit of Naoji Tanaka (Paper No. 52) is hereby DENIED;

4.  That Third-Party Defendant's Motion for Summary Judgment on Plaintiff's Claim for Medical Expenses and Other Related Expenses Incurred When Plaintiff was a Minor (Paper No. 62) is hereby DENIED;

5.  That Third-Party Defendant's Cross-Motion for Summary Judgment on Plaintiff's Complaint (Paper No. 65) is hereby DENIED;

6.  That Defendants' Motion to Adopt Third-Party Defendant's Cross-Motion on Plaintiff's Complaint and for Leave to File a Memorandum in Support Thereof (Paper No. 76) is hereby GRANTED;

     7.   That Plaintiff's Motion to Strike as Untimely the Defendant's Motion for Summary Judgment (Paper No. 78) is hereby DENIED; and

     8.   That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

                                                            /s/
                                     William M. Nickerson
                                   Senior United States District Judge