UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4953**

July 30, 2003

Michael P. Smith, Esq.
Paul D. Bekman, Esq.
Salsbury, Clements, Bekman,
 Marder & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, MD 21201

Michele R. Kendus, Esq.
Bruce R. Parker, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Edward J. Lopata, Esq.
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

  Re: William Lockwood v. Pacific USA, Ltd., et al.
    Civil No. WMN-02-2068

Dear Counsel:

  This will confirm that the settlement conference in the above case is hereby rescheduled to Tuesday, August 19, 2003, at 9:30 a.m.

  I look forward to meeting with you then.

           Sincerely yours,

           /s/

           Susan K. Gauvey
           United States Magistrate Judge

cc: Court file