**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN

MARYLAND
WASHINGTON, D.C.
VIRGINIA



(410) 244-7614
mrkendus@venable.com

August 4, 2003

**VIA ELECTRONIC MAIL**

The Honorable William M. Nickerson
United States District Court
   for the District of Maryland
Chambers 3C
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

      Re:   Lockwood v. Pacific USA, Ltd.
             Case No.  WMN-02-CV-2068

Dear Judge Nickerson:

      Recently you granted the Motion for an Extension of Time by Which Pacific Cycle, LLC and Toys "R" Us – Del., Inc. had to respond to SR Suntour, Inc. and SR Suntour, USA's Motions to Dismiss and Motion for Summary Judgment on the Third-Party Complaint. The time extension would have required Defendants/Third-Party Plaintiffs, to respond by last Friday, August 1st. No response was submitted, however, because the parties had anticipated securing an agreement by which SR Suntour, Inc. would defend and indemnify Defendants/Third-Party Plaintiffs, who would in turn dismiss the Third-Party Complaint. The parties, in fact, now have a written agreement pending minor revisions and final signature. We anticipate filing a Voluntary Dismissal of the Third-Party Complaint before the end of this week. For these reasons, we respectfully request that Your Honor stay any decisions on SR Suntour's pending motions to allow the parties to resolve the issues within the coming week.

                               Very truly yours,

                               Michele R. Kendus

MRK:ac
BAO/#222246

Cc:   Edward Lopata, Esquire
       Michael Smith, Esquire
       Kenn Brotman, Esquire