IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LOCKWOOD,<br><br>    Plaintiff<br><br>v.<br><br>PACIFIC USA, LTD., PACIFIC CYCLE, LLC and TOYS "R" US – DELAWARE, INC.<br><br>    Defendants / Third-Party Plaintiffs,<br><br>v.<br><br>SR Suntour, Inc. and SR Suntour, USA<br>    Third-Party Defendants | Civil Action No.<br><br>WMN-02-CV-2068 |

**MOTION TO STRIKE AND ENTRY OF APPEARANCE OF COUNSEL**

Upon dismissal of Defendants' / Third-Party Plaintiffs' third-party claim against SR Suntour, Inc. and SR Suntour, USA, please strike the appearance of Bruce R. Parker, Michele R. Kendus and Venable, Baetjer and Howard, LLP and enter the appearance of Edward J. Lopata, Scott A. Thomas and Tydings & Rosenberg, LLP on behalf of Defendants / Third-Party Plaintiffs Pacific Cycle, LLC and Toys "R" Us – Delaware, Inc. in the referenced matter.

Respectfully Submitted,

_/s/ Bruce R. Parker_
Bruce R. Parker
Federal Bar # 00028
Michele R. Kendus
Federal Bar # 26586
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Attorneys for Defendants /
Third-Party Plaintiffs
Pacific Cycle, LLC and
Toys "R" Us – Delaware, Inc.

_/s/ Edward J. Lopata_
Edward J. Lopata
Federal Bar # 02958
Scott A. Thomas
Federal Bar No. 11692
Tydings & Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland 21202
(410) 752-9700

Attorneys for Third-Party
Defendants
SR Suntour, Inc. and
SR Suntour, USA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of August 2003, a copy of the foregoing Motion to Strike and Entry of Appearance was sent via electronic filing as per notification to be received from the United States District Court for the District of Maryland North Division.

Michele R. Kendus