October 1, 2003

The Honorable Susan K. Gauvey
United States District Court
   for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

      Re:    William Lockwood v. Pacific USA, Ltd., et al.
             Civil Action No. WMN-02-2068

Dear Judge Gauvey:

      Per Judge Nickerson's Order of October 1, 2003, the defendants respectfully request that the mediation session scheduled for October 16, 2003 be canceled due to the fact that the "Defendants find themselves unable to approach the October 16th proceeding in a radically different posture than that with which they approached the August 19th conference . . .." Thank you.

                                Sincerely yours,

                                  /s/

                                Edward J. Lopata

EJL/kab
cc:  The Honorable William M. Nickerson
      Michael P. Smith, Esquire

#356988