IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM LOCKWOOD                     :

    v.                                        :          CIVIL ACTION NO. WMN-02-2068

PACIFIC USA, LTD., et al.             :

**\*\*\*\*\*\*\*\*\*\*\***
**AMENDED SCHEDULING ORDER**

    1.  A pretrial conference and motions hearing is scheduled for November 3, 2003  at

10:00 a.m.  The pretrial order is due in chambers five days prior to the pretrial conference.

    2.  Requested voir dire, jury instructions and witness lists shall be submitted in

duplicate by November 3, 2003 .  Any request for an instruction should be based on the

pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable,

on the Maryland Pattern Jury Instructions.  Submissions should be by photocopy of the

pattern instruction with any requested change or modification handwritten by interlineation.

    3.  The  5  day  jury trial in this matter shall commence on December 8, 2003, at 10:00

A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

    4.  Counsel for the parties shall mark their documentary or physical evidence

numerically in advance of trial, and shall provide a list containing a brief description of each

item so marked.  Counsel for the plaintiff shall file said list with the court, in quadruplicate,

and shall serve a copy on defendant's counsel not later than November 3, 2003 .  Counsel for

the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel,

not later than November 3, 2003 .

    5.  The Clerk of Court shall mail copies of this Scheduling Order to counsel in this

case.

                                                  _____/s/_____

**William M. Nickerson**
**Senior United States District Judge**

**Dated:** __October 17, 2003__