IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM LOCKWOOD

v.                                          Civil No. WMN-02-2068

PACIFIC USA, LTD., et al.

ORDER

On November 3rd, 2003, a motions hearing and pre-trial conference in the above case was held and for the reasons given from the bench, the Court made the following rulings:

1. That Plaintiff's Motion to Preclude Proposed Expert Testimony of Andrew Blackwood, Paper No. 61, is DENIED;

2. That Defendants' Cross Motion to Preclude Proposed Expert Testimony of Plaintiff's Alleged Experts, Hinton, Schubert, and Green, Paper No. 65, is DENIED;

3. That Plaintiff's Motion in Limine to Preclude Testimony of Naoji Tanaka, Paper No. 113, is DENIED;

4. That Mr. Tanaka will be produced in Baltimore for deposition by counsel for Plaintiff at least 24 hours prior to his testifying at trial;

5. That Defendant's Motion for Reconsideration of the Denial of Their Motion for Summary Judgment to Dismiss Plaintiff's Claim for Certain Damages, Paper No. 114, is DENIED;

6  That a Pre-Trial Conference is scheduled for November 25, 2003, at 9:30 a.m., to be held in chambers; and

7. That the Clerk of the Court shall mail copies of this Order to all counsel of record

                                        /s/ William M. Nickerson
                                        Senior United States District Judge

Dated: November 3, 2003