IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM LOCKWOOD          :
                          :
v.                        :   Civil No. WMN-02-2068
                          :
PACIFIC USA, LTD., et al. :
                          :

## ORDER

Pursuant to a motion in which all parties join, and for the reasons stated in open court, IT IS, this 8th day of December, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That the Court's November 3, 2003 Order, Paper No. 120, is partially VACATED, insofar as the Court denied Defendant's Motion for Reconsideration of the Denial of Their Motion for Summary Judgment to Dismiss Plaintiff's Claim for Certain Damages;

2. That Summary Judgment for Defendant as to Plaintiff's claims for medical expenses and other related expenses incurred when Plaintiff was a minor is GRANTED; and

3. That the Clerk of Court shall mail copies of this Order to all counsel of record.

                              _____/s/_____
                              William M. Nickerson

```
                                        Senior United States District Judge
```